UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                 :

DEXLON CHARLES, *on behalf of himself, FLSA*    :
*Collective Plaintiffs, and the Class*,           :
                                 :              22-CV-4232 (JMF)
                      Plaintiff,     :
                                 :               <u>ORDER</u>
      -v-                       :
                                 :

PINNACLE TOO, LLC,                :
                                 :
                    Defendants.   :
                                 :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In light of the COVID-19 situation, the Court will not hold the upcoming conference in this case in person.  Counsel should submit their proposed case management plan and joint letter by the Thursday prior to the conference, as directed in the Court's earlier Scheduling Order.  In their joint letter, the parties should also indicate whether they can do without a conference altogether.  If so, the Court may enter a case management plan and scheduling order and the parties need not appear.  If not, the Court will hold the initial conference by telephone, albeit perhaps at a different time.  To that end, counsel should indicate in their joint letter dates and times during the week of the conference that they would be available for a telephone conference. In either case, counsel should review and comply with the procedures for telephone conferences set forth in the Court's Individual Rules and Practices for Civil Cases, available at https://nysd. uscourts.gov/hon-jesse-m-furman.

       SO ORDERED.

Dated: August 22, 2022
      New York, New York
                              JESSE M. FURMAN
                         United States District Judge