# LEE LITIGATION GROUP, PLLC

148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:      212-465-1188                                        August 23, 2022
                      cklee@leelitigation.com

**Via ECF**

The Honorable Jesse M. Furman, U.S.M.J.
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York NY 10007

                    Re:    *Charles v. Pinnacle Too, LLC et al*
                           Case No.: 1:22-cv-04232

Dear Judge Furman:

        We are counsel to Plaintiff in the above-referenced action. We write jointly with counsel
for Defendants to respectfully request an adjournment of the early settlement conference, pursuant
to the Court's May 24, 2022, Order [Dkt. No. 6],

        The parties believe that an early settlement conference would not be appropriate at this
time and would be more appropriate after collective-action motion practice and/or class-action
motion practice. As a result, the parties believe that the early settlement conference should be
adjourned to a later time.

        We thank Your Honor for considering this matter.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc:      all parties via ECF

The parties were required to schedule a settlement conference to take place at least two weeks before the initial pretrial conference scheduled for August 30, 2022. *See* ECF No. 6. Accordingly, the settlement conference was to take place no later than August 16, 2022, making this application untimely. Nevertheless, as a courtesy, the application is GRANTED. The Clerk of Court is directed to terminate ECF No. 18.

SO ORDERED.

August 24, 2022