UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEXLON CHARLES,<br>*on behalf of himself, FLSA Collective Plaintiffs and the Class*,<br><br>Plaintiff,<br><br>v.<br><br>PINNACLE TOO, LLC,<br>  d/b/a PINNACLE ELECTRIC,<br>AGIR ELECTRICAL, LTD.,<br>    d/b/a PINNACLE ELECTRIC,<br>FRANKCRUM 6, INC.,<br>    d/b/a FRANKCRUM,<br>FRANK CRUM JR., and<br>ANTONY GIRONTA<br><br>Defendants. | Case No.: 1:22-cv-04232 |

## **NOTICE OF MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS**

**PLEASE TAKE NOTICE**, that Rivkin Radler LLP ("Rivkin Radler"), will move pursuant to Local Rule 1.4 before the Honorable Jesse M. Furman, District Court Judge for the United States District Court for the Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, for an order (1) permitting Rivkin Radler to withdraw as counsel for Defendants Pinnacle Too, LLC, Agir Electrical Ltd., FrankCrum 6, Inc., Frank Crum Jr., and Antony Gironta (collectively "Defendants") (2) staying this case for thirty (30) days following the entry of such order relieving Rivkin Radler as counsel in order to permit Defendants to retain new counsel; and (3) granting such other and further relief as the Court deems just and proper.

1

DATED:  Uniondale, New York
        January 9, 2023

                              Yours, etc.
                              RIVKIN RADLER LLP
                              *Attorneys for Defendants*

By: /s/ *John K. Diviney*
John K. Diviney
Greg E. Mann
RIVKIN RADLER LLP
926 RXR Plaza
Uniondale, New York 11556-0926
John.Diviney@rivkin.com
Greg.Mann@rikvin.com
(516) 357-3000

All Counsel of Record

| | |
|---|---|
| Pinnacle Too, LLC (By Fed Ex)<br>130-45 91st Avenue<br>Richmond Hill, NY 11418<br>Attn: Antony Gironta, Managing Member | Agir Electrical, Ltd. (By Fed Ex)<br>130-45 91st Avenue<br>Richmond Hill, NY 11418<br>Attn: Antony Gironta, President |
| Frankcrum 6, Inc. (By Fed Ex and email to the email address below)<br>100 South Missouri Avenue<br>Clearwater, FL 33756<br>Attn: Frank Crum, Jr.<br>DanielleG@frankcrum.com (Frank Crum 6 Compliance Counsel) | Antony Gironta (By Fed Ex and email)<br>c/o Pinnacle Too, LLC<br>130-45 91st Avenue<br>Richmond Hill, NY 11418<br>antony.gironta@pinnacleelectric.org |
| Frank Crum, Jr. (By Fed Ex)<br>c/o Frankcrum 6, Inc.<br>100 South Missouri Avenue<br>Clearwater, FL 33756 | |

6120649.v1