UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEXLON CHARLES,<br>*on behalf of himself, FLSA Collective Plaintiffs and the Class*,<br><br>Plaintiff,<br><br>v.<br><br>PINNACLE TOO, LLC,<br>  d/b/a PINNACLE ELECTRIC,<br>AGIR ELECTRICAL, LTD.,<br>   d/b/a PINNACLE ELECTRIC,<br>FRANKCRUM 6, INC.,<br>   d/b/a FRANKCRUM,<br>FRANK CRUM JR., and<br>ANTONY GIRONTA<br><br>Defendants. | Case No.: 1:22-cv-04232 |

**CERTIFICATE OF SERVICE**

I hereby certify that, on January 9, 2023, a copy of Rivkin Radler LLP's motion to withdraw as counsel for Defendants (Docket Entry Nos. 36-37), was served on each Defendant at the address listed below, by depositing a true copy thereof enclosed in a post-paid wrapper, via Federal Express, overnight mail, at the last known address set forth below and by e-mail where indicated:

Pinnacle Too, LLC (By Fed Ex)
130-45 91st Avenue
Richmond Hill, NY 11418
Attn: Antony Gironta, Managing Member

Agir Electrical, Ltd. (By Fed Ex)
130-45 91st Avenue
Richmond Hill, NY 11418
Attn: Antony Gironta, President

Frankcrum 6, Inc. (By Fed Ex and email to the email address below)
100 South Missouri Avenue
Clearwater, FL 33756
Attn: Frank Crum, Jr.
DanielleG@frankcrum.com (Frank Crum 6 Compliance Counsel)

Antony Gironta (By Fed Ex and email)
c/o Pinnacle Too, LLC
130-45 91st Avenue
Richmond Hill, NY 11418
antony.gironta@pinnacleelectric.org

Frank Crum, Jr. (By Fed Ex)
c/o Frankcrum 6, Inc.
100 South Missouri Avenue
Clearwater, FL 33756

1

Dated: January 9, 2023

　　　　　　　　　　　　　　　　　　　*/s/ Greg E. Mann*
　　　　　　　　　　　　　　　　　　　Greg E. Mann

6120649.v1