UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                :

DEXLON CHARLES, *on behalf of himself, FLSA*    :
*Collective Plaintiffs, and the Class*,               :

                        :           22-CV-4232 (JMF)

                   Plaintiff,    :

                        :            ORDER

        -v-                 :

                        :

PINNACLE TOO, LLC, d/b/a PINNACLE ELECTRIC,  :
et al.,                                 :

                        :

                 Defendants.   :

                        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On January 9, 2023, counsel for Defendants filed a motion to withdraw as Defendants'
counsel.  *See* ECF No. 38.  Any opposition to the motion to withdraw — by Defendants or
Plaintiff — shall be filed by **January 18, 2023**; any reply shall be filed by **January 22, 2023**.

      Unless and until the Court grants the motion, John K. Diviney, Kenneth A. Novikoff, and
Greg Eric Mann remain counsel of record and discovery shall proceed as scheduled.  Defendants
are advised to begin the process of identifying new counsel because, in the event the Court grants
the motion to withdraw, it will give Defendants only a limited time to obtain new counsel before
deeming the individual defendants to be proceeding *pro se* (that is, without counsel) and
deeming the three entity Defendants to be in default.  *See Lattanzio v. COMTA*, 481 F.3d 137,
140 (2d Cir. 2007) (holding that a corporate entity may appear in federal court only through
counsel); *Grace v. Bank Leumi Tr. Co. of N.Y.*, 443 F.3d 180, 192 (2d Cir. 2006) (explaining that
failure to secure counsel for a corporate entity may result in a default).

      If Defendants have secured or secure new counsel, new counsel shall promptly enter a
notice of appearance to ensure a smooth transition of counsel in the event that the motion to
withdraw is granted.

      Defendants' counsel are directed to serve a copy of this order on Defendants and file
proof of service on the docket within **two days** of this order.

      SO ORDERED.

Dated: January 10, 2023
      New York, New York           _____
                                  JESSE M. FURMAN
                                  United States District Judge