# Lee Litigation Group, PLLC
148 West 24th Street, Eighth Floor
New York, NY 10011
Tel: 212-465-1180
Fax: 212-465-1181
info@leelitigation.com

Writer's Direct:    212-465-1188
                               cklee@leelitigation.com

January 10, 2023

**<u>Via ECF</u>**
Hon. Jesse M. Furman, U.S.D.J.
Southern District of New York
40 Foley Square
New York, NY 10007

                Re:    *Dexlon Charles v. Pinnacle Too LLC, et al.*
                        <u>Case No. 1:22-cv-04232-JMF</u>

Dear Judge Furman,

      We are counsel to Plaintiff in the above-captioned action. Enclosed please find the Opt - in Plaintiffs' Consent to Sue forms.

Respectfully,

<u>/s/ C.K. Lee</u>
C.K. Lee, Esq.


cc:    all parties via ECF