# EXHIBIT A

## "CONSENT TO SUE" FORM

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DEXLON CHARLES,<br>*on behalf of himself, FLSA Collective Plaintiffs, and*<br>*the Class,*<br><br>                              Plaintiff,<br><br>            v.<br><br>PINNACLE TOO, LLC,<br>     d/b/a PINNACLE ELECTRIC,<br>AGIR ELECTRICAL, LTD.,<br>     d/b/a PINNACLE ELECTRIC,<br>FRANKCRUM 6, INC.<br>     d/b/a FRANKCRUM,<br>FRANK CRUM JR.,<br>and ANTONY GIRONTA,<br>                              Defendants | **Case No.:** 22-cv-04232 |

If you are or were employed as a journeymen, electrician, laborer, or helper by Agir
Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and
the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to

C. K. Lee, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: (212) 465-1180
Fax: (212) 465-1181

I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this
consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make
decisions on my behalf concerning the litigation and any settlement.

Name: Alexander N Peguero Cruz

Address:

City:                                  State:                    Zip:

Telephone Number:                      Social Security No.:

E-mail Address:

SIGNATURE:                                  Date: 11/11/2022

Alexander Pesuere



NEW YORK NY 100

18 NOV 2022 PM

Lee Litigation Group, PLLC
148 W 24th Street, Eighth Floor
New York, New York 10011
           Pinnacle 216(b)

10011-195208

## "CONSENT TO SUE" FORM

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DEXLON CHARLES,<br>*on behalf of himself, FLSA Collective Plaintiffs, and*<br>*the Class,*<br><br>                    Plaintiff,<br><br>        v.<br><br>PINNACLE TOO, LLC,<br>    d/b/a PINNACLE ELECTRIC,<br>AGIR ELECTRICAL, LTD.,<br>    d/b/a PINNACLE ELECTRIC,<br>FRANKCRUM 6, INC.<br>    d/b/a FRANKCRUM,<br>FRANK CRUM JR.,<br>and ANTONY GIRONTA,<br>                    Defendants | Case No.: 22-cv-04232 |

**If you are or were employed as a journeymen, electrician, laborer, or helper by Agir Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to**

C. K. Lee, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: (212) 465-1180
Fax: (212) 465-1181

**I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make decisions on my behalf concerning the litigation and any settlement.**

Name: _ALFREDO ORTIZ_

Address: _____

City: _____   State: _____   Zip: _____

Telephone Number: _____   Social Security No.: _____

E-mail Address: _____

SIGNATURE: _____   Date: _11/11/2022_

ALFREDO ORTIZ





NEW YORK NY 100

FIRST-CLASS

US POSTAGE

02 1P
0001223569        $ 000.57⁰
OCT  26 2022
MAILED FROM ZIP CODE 10016

Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
*Pinnacle 216 (b)*

10011-195208

**"CONSENT TO SUE" FORM**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DEXLON CHARLES,
*on behalf of himself, FLSA Collective Plaintiffs, and
the Class,*

                    Plaintiff,

         v.

                                                          Case No.: 22-cv-04232

PINNACLE TOO, LLC,
    d/b/a PINNACLE ELECTRIC,
AGIR ELECTRICAL, LTD.,
    d/b/a PINNACLE ELECTRIC,
FRANKCRUM 6, INC.
    d/b/a FRANKCRUM,
FRANK CRUM JR.,
and ANTONY GIRONTA,

                    Defendants

**If you are or were employed as a journeymen, electrician, laborer, or helper by Agir
Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and
the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to**

                    C. K. Lee, Esq.
                    Lee Litigation Group, PLLC
                    148 West 24th Street, 8th Floor
                    New York, NY 10011
                    Tel: (212) 465-1180
                    Fax: (212) 465-1181

**I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this
consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make
decisions on my behalf concerning the litigation and any settlement.**

Name:

Address:

City: _____   State: _____   Zip: _____

Telephone Number: _____   Social Security No.: _____

E-mail Address:

SIGNATURE:_____   Date: 7̸1 / 2̸8 / 2022

FROM
ALIBIO ZAVALA

TO

ee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
*Pinnacle 216 (b)*

NEW YORK NY
30 NOV 2022



02 1P
0001223569        OCT 27 2022
MAILED FROM ZIP CODE 10016

$ 000.57⁰



10011-195208

## "CONSENT TO SUE" FORM

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DEXLON CHARLES,
*on behalf of himself, FLSA Collective Plaintiffs, and the Class,*

Plaintiff,

v.

PINNACLE TOO, LLC,
   d/b/a PINNACLE ELECTRIC,
AGIR ELECTRICAL, LTD.,
   d/b/a PINNACLE ELECTRIC,
FRANKCRUM 6, INC.
 d/b/a FRANKCRUM,
FRANK CRUM JR.,
and ANTONY GIRONTA,

Defendants

Case No.: 22-cv-04232

**If you are or were employed as a journeymen, electrician, laborer, or helper by Agir Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to**

C. K. Lee, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: (212) 465-1180
Fax: (212) 465-1181

**I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make decisions on my behalf concerning the litigation and any settlement.**

Name: ANDRES NICOLY MENDOZA LOVERA

Address: ▮

City: ▮  State ▮  Zip: ▮

Telephone Number: ▮  cial Security No.: ▮

E-mail Address: ▮

SIGNATURE: _____   Date: 12/26/2022

Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
*Pinnacle 216 (b)*

**"CONSENT TO SUE" FORM**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEXLON CHARLES,<br>*on behalf of himself, FLSA Collective Plaintiffs, and<br>the Class,*<br><br>                          Plaintiff,<br><br>                  v.<br><br>PINNACLE TOO, LLC,<br>     d/b/a PINNACLE ELECTRIC,<br>AGIR ELECTRICAL, LTD.,<br>     d/b/a PINNACLE ELECTRIC,<br>FRANKCRUM 6, INC.<br>    d/b/a FRANKCRUM,<br>FRANK CRUM JR.,<br>and ANTONY GIRONTA,<br>                          Defendants | Case No.: 22-cv-04232 |

If you are or were employed as a journeymen, electrician, laborer, or helper by Agir Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to

C. K. Lee, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: (212) 465-1180
Fax: (212) 465-1181

I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make decisions on my behalf concerning the litigation and any settlement.

Name: Angel E. Juárez Garcia

Address: 

City:                    State:                    Zip:

Telephone Number:              Social Security No.:

E-mail Address:

SIGNATURE: Angel E. Juárez                    Date: 11-7-2022

Angel E. Juárez

NEW YORK NY 100

8 NOV 2022  PM 14 L

Lee Litigation Group, RLLC
148 West 24TH St, Eighth Floor
New York, N.Y.  10011

10011-195208

## "CONSENT TO SUE" FORM

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DEXLON CHARLES,
*on behalf of himself, FLSA Collective Plaintiffs, and the Class,*

Plaintiff,

v.

PINNACLE TOO, LLC,
  d/b/a PINNACLE ELECTRIC,
AGIR ELECTRICAL, LTD.,
  d/b/a PINNACLE ELECTRIC,
FRANKCRUM 6, INC.
  d/b/a FRANKCRUM,
FRANK CRUM JR.,
and ANTONY GIRONTA,

Defendants

Case No.: 22-cv-04232

If you are or were employed as a journeymen, electrician, laborer, or helper by Agir Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to

C. K. Lee, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: (212) 465-1180
Fax: (212) 465-1181

I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make decisions on my behalf concerning the litigation and any settlement.

Name: Angel Mercado

Address:

City:                    State:                    Zip:

Telephone Number:            Social Security No.:

E-mail Address:

SIGNATURE: Angel Mercado                    Date: 11/2/22



FIRST-CLASS

US POSTAGE
02 1P         $ 000.57⁰
0001223569    OCT  28 2022
MAILED FROM ZIP CODE 10016

Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
*Pinnacle 216 (b)*

10011$1952 C023

## "CONSENT TO SUE" FORM

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DEXLON CHARLES,
*on behalf of himself, FLSA Collective Plaintiffs, and the Class,*

Plaintiff,

v.

PINNACLE TOO, LLC,
   d/b/a PINNACLE ELECTRIC,
AGIR ELECTRICAL, LTD.,
   d/b/a PINNACLE ELECTRIC,
FRANKCRUM 6, INC.
  d/b/a FRANKCRUM,
FRANK CRUM JR.,
and ANTONY GIRONTA,

Defendants

Case No.: 22-cv-04232

If you are or were employed as a journeymen, electrician, laborer, or helper by Agir Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to

C. K. Lee, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: (212) 465-1180
Fax: (212) 465-1181

I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make decisions on my behalf concerning the litigation and any settlement.

Name: Antonio Flores

Address:

City:        State:        Zip:

Telephone Number:      Social Security No.:

E-mail Address:

SIGNATURE:        Date: 10·2-22

NEW YORK NY 100

3 NOV 2022 P3

FIRST-CLASS



US POSTAGE

02 1P
0001223569   OCT 27 2022
MAILED FROM ZIP CODE 10016

$ 000.57⁰

Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
*Pinnacle 216 (b)*

10011-195208

## "CONSENT TO SUE" FORM

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DEXLON CHARLES,
*on behalf of himself, FLSA Collective Plaintiffs, and
the Class,*

                                 Plaintiff,

                    v.

PINNACLE TOO, LLC,
    d/b/a PINNACLE ELECTRIC,
AGIR ELECTRICAL, LTD.,
    d/b/a PINNACLE ELECTRIC,
FRANKCRUM 6, INC.
    d/b/a FRANKCRUM,
FRANK CRUM JR.,
and ANTONY GIRONTA,
                                 Defendants

**Case No.:** 22-cv-04232

**If you are or were employed as a journeymen, electrician, laborer, or helper by Agir Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to**

C. K. Lee, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: (212) 465-1180
Fax: (212) 465-1181

**I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make decisions on my behalf concerning the litigation and any settlement.**

Name: ARTHUR lee- PINKSTOW

Address:

City:                    State:           Zip:

Telephone Number:              al Security No.:

E-mail Address:

SIGNATURE: _Arthur l Pinkston_          Date: 11/02/2022



NEW YORK NY 100

3 NOV 2022 PM 2 L

Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
*Pinnacle 216 (b)*



100118195こ  C023

## "CONSENT TO SUE" FORM

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DEXLON CHARLES,<br>*on behalf of himself, FLSA Collective Plaintiffs, and the Class,*<br>　　　　　　　　Plaintiff,<br>　　　v.<br><br>PINNACLE TOO, LLC,<br>　　d/b/a PINNACLE ELECTRIC,<br>AGIR ELECTRICAL, LTD.,<br>　　d/b/a PINNACLE ELECTRIC,<br>FRANKCRUM 6, INC.<br>　d/b/a FRANKCRUM,<br>FRANK CRUM JR.,<br>and ANTONY GIRONTA,<br>　　　　　　　　Defendants | **Case No.:** 22-cv-04232 |

**If you are or were employed as a journeymen, electrician, laborer, or helper by Agir Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to**

C. K. Lee, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: (212) 465-1180
Fax: (212) 465-1181

**I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make decisions on my behalf concerning the litigation and any settlement.**

Name: _Brandon Budhoo_

Address: ▮

City: ▮　　　　　State ▮　　　　Zip: ▮

Telephone Number ▮　　　Social Security No.: ▮

E-mail Address: ▮

SIGNATURE: _Brandon Budhoo_　　　　Date: _11/2/22_



NEW YORK NY 100
3 NOV 2022



FIRST-CLASS

02 1P
0001223569        OCT  27 2022
MAILED FROM ZIP CODE 10016

$ 000.57⁰

Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
*Pinnacle 216 (b)*

10011-195208

## "CONSENT TO SUE" FORM

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| DEXLON CHARLES, *on behalf of himself, FLSA Collective Plaintiffs, and the Class,* |
| Plaintiff, |
| v. |
| PINNACLE TOO, LLC, d/b/a PINNACLE ELECTRIC, AGIR ELECTRICAL, LTD., d/b/a PINNACLE ELECTRIC, FRANKCRUM 6, INC. d/b/a FRANKCRUM, FRANK CRUM JR., and ANTONY GIRONTA, |
| Defendants |

**Case No.:** 22-cv-04232

If you are or were employed as a journeymen, electrician, laborer, or helper by Agir Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to

C. K. Lee, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: (212) 465-1180
Fax: (212) 465-1181

I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make decisions on my behalf concerning the litigation and any settlement.

Name: Bryam Ernesto Lopez Salazar

Address

City: _____ State: _____ Zip: _____

Telephone Number            ocial Security No.

E-mail Address

SIGNATURE: Bryam Lopez        Date: 11/15/22



NEW YORK NY $00
17 NOV 2022PM

$ 000.57⁰

Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
*Finnacle 216 (b)*

10011-195208

**"CONSENT TO SUE" FORM**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| DEXLON CHARLES, *on behalf of himself, FLSA Collective Plaintiffs, and the Class,* <br>                             Plaintiff, <br>           v. <br> PINNACLE TOO, LLC, <br>     d/b/a PINNACLE ELECTRIC, <br> AGIR ELECTRICAL, LTD., <br>     d/b/a PINNACLE ELECTRIC, <br> FRANKCRUM 6, INC. <br>    d/b/a FRANKCRUM, <br> FRANK CRUM JR., <br> and ANTONY GIRONTA, <br>                  Defendants |

**Case No.**: 22-cv-04232

If you are or were employed as a journeymen, electrician, laborer, or helper by Agir Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to

C. K. Lee, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: (212) 465-1180
Fax: (212) 465-1181

I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make decisions on my behalf concerning the litigation and any settlement.

Name: Calbert Nieves Castillo.

Address: _____

City _____ State: _____ Zip _____

Telephone Number _____ Social Security No. _____

E-mail Address: _____

SIGNATURE: _____ Date: 12/01/2022

Colbert Nieves Castillo

NEW YORK NY 100
13 DEC 2022PM



US POSTAGE
02 1P
0001223569     $ 000.57⁰
OCT 27 2022
MAILED FROM ZIP CODE 1 0 0 1 6
FIRST-CLASS

Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
*Pinnacle 216 (b)*

10011-195208

**"CONSENT TO SUE" FORM**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEXLON CHARLES,
*on behalf of himself, FLSA Collective Plaintiffs, and*
*the Class,*

                                    Plaintiff,

                v.

PINNACLE TOO, LLC,
     d/b/a PINNACLE ELECTRIC,
AGIR ELECTRICAL, LTD.,
     d/b/a PINNACLE ELECTRIC,
FRANKCRUM 6, INC.
     d/b/a FRANKCRUM,
FRANK CRUM JR.,
and ANTONY GIRONTA,

                                    Defendants

Case No.: 22-cv-04232

If you are or were employed as a journeymen, electrician, laborer, or helper by Agir
Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and
the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to

        C. K. Lee, Esq.
        Lee Litigation Group, PLLC
        148 West 24th Street, 8th Floor
        New York, NY 10011
        Tel: (212) 465-1180
        Fax: (212) 465-1181

I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this
consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make
decisions on my behalf concerning the litigation and any settlement.

Name: _____Carlos Bravo_____

Address: _____

City: _____ State: _____ Zip: _____

Telephone Number: _____ Social Security No. _____

E-mail Address: _____

SIGNATURE: ___Carlos Bravo_____ Date: __12 - 1 - 22__

NEW YORK NY 100

6 DEC 2022 PM

FIRST-CLASS



02 1P
0001223569   OCT 27 2022
MAILED FROM ZIP CODE 10016

Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
*Pinnacle 216 (b)*

10011-195208

## "CONSENT TO SUE" FORM

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| DEXLON CHARLES,<br>*on behalf of himself, FLSA Collective Plaintiffs, and*<br>*the Class,*<br><br>                              Plaintiff,<br><br>                    v.<br><br>PINNACLE TOO, LLC,<br>    d/b/a PINNACLE ELECTRIC,<br>AGIR ELECTRICAL, LTD.,<br>    d/b/a PINNACLE ELECTRIC,<br>FRANKCRUM 6, INC.<br>    d/b/a FRANKCRUM,<br>FRANK CRUM JR.,<br>and ANTONY GIRONTA,<br>                              Defendants |

Case No.: 22-cv-04232

**If you are or were employed as a journeymen, electrician, laborer, or helper by Agir Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to**

C. K. Lee, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: (212) 465-1180
Fax: (212) 465-1181

**I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make decisions on my behalf concerning the litigation and any settlement.**

Name: _Carlos Diaz Ortiz_

Address: ███████████████

City: ___     State: ___     Zi█

Telephone Numbe█     Social Security No.:

E-mail Address:

SIGNATURE: _Carlos Diaz Ortiz_     Date: _12-06-2022_



NEW YORK NY 100

S DEC 2022 PM



US POSTAGE
02 1P        $ 000.57⁰
0001223569    OCT 27 2022
MAILED FROM ZIP CODE 10016

Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Pinnacle 216 (b)

10011-195208

**"CONSENT TO SUE" FORM**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DEXLON CHARLES,
*on behalf of himself, FLSA Collective Plaintiffs, and the Class,*

                        Plaintiff,

                v.

PINNACLE TOO, LLC,
    d/b/a PINNACLE ELECTRIC,
AGIR ELECTRICAL, LTD.,
    d/b/a PINNACLE ELECTRIC,
FRANKCRUM 6, INC.
    d/b/a FRANKCRUM,
FRANK CRUM JR.,
and ANTONY GIRONTA,

                        Defendants

**Case No.:** 22-cv-04232

**If you are or were employed as a journeymen, electrician, laborer, or helper by Agir Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to**

                C. K. Lee, Esq.
                Lee Litigation Group, PLLC
                148 West 24th Street, 8th Floor
                New York, NY 10011
                Tel: (212) 465-1180
                Fax: (212) 465-1181

**I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make decisions on my behalf concerning the litigation and any settlement.**

Name: CARLOS Jimenez

Address

City:                          State:                    Zip:

Telephone Number            Social Security No.:

E-mail Address

SIGNATURE: Carl                     Date: 11/10/22

CARLOS Jimenez



NEW YORK NY 100

14 NOV 2022

FIRST-CLASS

US POSTAGE

02 1P
0001223569       OCT  26 2022
MAILED FROM ZIP CODE 10016

$ 000.57°

Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
*Pinnacle 216 (b)*

10011-195208

## "CONSENT TO SUE" FORM

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| DEXLON CHARLES,<br>*on behalf of himself, FLSA Collective Plaintiffs, and the Class,*<br>                           Plaintiff,<br>          v.<br><br>PINNACLE TOO, LLC,<br>    d/b/a PINNACLE ELECTRIC,<br>AGIR ELECTRICAL, LTD.,<br>    d/b/a PINNACLE ELECTRIC,<br>FRANKCRUM 6, INC.<br> d/b/a FRANKCRUM,<br>FRANK CRUM JR.,<br>and ANTONY GIRONTA,<br>                   Defendants |

Case No.: 22-cv-04232

**If you are or were employed as a journeymen, electrician, laborer, or helper by Agir Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to**

C. K. Lee, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: (212) 465-1180
Fax: (212) 465-1181

**I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make decisions on my behalf concerning the litigation and any settlement.**

Name: _Carlos Mejia_

Address: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

City: ▮▮▮▮▮▮▮▮▮▮ State: ▮▮▮▮ Zip: ▮▮▮

Telephone Number: ▮▮▮▮▮ Social Security No.: ▮▮▮▮▮

E-mail Address: ▮▮▮▮▮▮▮▮▮▮▮▮

SIGNATURE: _____   Date: _11/06/2022_



NEW YORK NY 100

9 NOV 2022 PM

02 1P          $ 000.57⁰
0001223569    OCT  26 2022
MAILED FROM ZIP CODE 10016

Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
*Pinnacle 216 (b)*

10011-195208

## "CONSENT TO SUE" FORM

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DEXLON CHARLES,
*on behalf of himself, FLSA Collective Plaintiffs, and*
*the Class,*

Plaintiff,

v.

PINNACLE TOO, LLC,
   d/b/a PINNACLE ELECTRIC,
AGIR ELECTRICAL, LTD.,
   d/b/a PINNACLE ELECTRIC,
FRANKCRUM 6, INC.
  d/b/a FRANKCRUM,
FRANK CRUM JR.,
and ANTONY GIRONTA,

Defendants

**Case No.:** 22-cv-04232

**If you are or were employed as a journeymen, electrician, laborer, or helper by Agir Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to**

C. K. Lee, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: (212) 465-1180
Fax: (212) 465-1181

**I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make decisions on my behalf concerning the litigation and any settlement.**

Name: _Cesar A. Fernandez_

Address: ▮▮▮▮

City: ▮▮▮▮ State: ▮▮ Zip ▮▮

Telephone Number ▮▮ ocial Security No. ▮▮

E-mail Address: ▮▮▮▮

SIGNATURE: _Cesar Fernandez_ Date: _11/7/22_





MID-ISLAND NY 117
8 NOV 2022 PM

US POSTAGE
02 1P
0001223569    $ 000.57⁰
OCT 26 2022
MAILED FROM ZIP CODE 10016

Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
*Pinnacle 216 (a)*

10011-195208

**"CONSENT TO SUE" FORM**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DEXLON CHARLES,<br>*on behalf of himself, FLSA Collective Plaintiffs, and*<br>*the Class,*<br><br>                Plaintiff,<br><br>      v.<br><br>PINNACLE TOO, LLC,<br>    d/b/a PINNACLE ELECTRIC,<br>AGIR ELECTRICAL, LTD.,<br>    d/b/a PINNACLE ELECTRIC,<br>FRANKCRUM 6, INC.<br>  d/b/a FRANKCRUM,<br>FRANK CRUM JR.,<br>and ANTONY GIRONTA,<br>              Defendants | Case No.: 22-cv-04232 |

If you are or were employed as a journeymen, electrician, laborer, or helper by Agir Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to

              C. K. Lee, Esq.
              Lee Litigation Group, PLLC
              148 West 24th Street, 8th Floor
              New York, NY 10011
              Tel: (212) 465-1180
              Fax: (212) 465-1181

I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make decisions on my behalf concerning the litigation and any settlement.

Name: Christian.L.Salinas

Address: ▮▮▮▮▮

City: ▮▮▮▮ State: ▮▮▮ Zip: ▮▮▮

Telephone Number ▮▮▮ ocial Security No. ▮▮▮

E-mail Address: ▮▮▮

SIGNATURE: *Christian Salinas*     Date: 11-17-22

NEW YORK 100

21 NOV 2022PM



02 1P
0001223568    OCT 27 2022
MAILED FROM ZIP CODE 10016

$ 000.57⁰

Lee Litigation Group, PLLC
148 West 24th Street, 3th Floor
New York, NY 10011
Pinnacle 215 (b)

10011-195208

## "CONSENT TO SUE" FORM

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| DEXLON CHARLES, <br> *on behalf of himself, FLSA Collective Plaintiffs, and* <br> *the Class,* <br> Plaintiff, <br> v. <br> PINNACLE TOO, LLC, <br>   d/b/a PINNACLE ELECTRIC, <br> AGIR ELECTRICAL, LTD., <br>   d/b/a PINNACLE ELECTRIC, <br> FRANKCRUM 6, INC. <br>   d/b/a FRANKCRUM, <br> FRANK CRUM JR., <br> and ANTONY GIRONTA, <br> Defendants |

**Case No.: 22-cv-04232**

**If you are or were employed as a journeymen, electrician, laborer, or helper by Agir Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to**

C. K. Lee, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: (212) 465-1180
Fax: (212) 465-1181

**I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make decisions on my behalf concerning the litigation and any settlement.**

Name: Cristian Riofrio Sarmiento

Address:

City: _____ State: _____ Zip: _____

Telephone Number: _____ Social Security No.: _____

E-mail Address:

SIGNATURE: _____   Date: 11 11 2022



NEW YORK NY 100

17 NOV 2022PM

FIRST-CLASS

US POSTAGE

$ 000.57⁰

02 1P
0001223569    OCT 27 2022
MAILED FROM ZIP CODE 10016

Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
*Pinnacle 216 (b)*

10011-195208

## "CONSENT TO SUE" FORM

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| DEXLON CHARLES, |
| *on behalf of himself, FLSA Collective Plaintiffs, and* |
| *the Class,* |
| Plaintiff, |
| v. |
| PINNACLE TOO, LLC, |
|    d/b/a PINNACLE ELECTRIC, |
| AGIR ELECTRICAL, LTD., |
|    d/b/a PINNACLE ELECTRIC, |
| FRANKCRUM 6, INC. |
|   d/b/a FRANKCRUM, |
| FRANK CRUM JR., |
| and ANTONY GIRONTA, |
| Defendants |

**Case No.:** 22-cv-04232

**If you are or were employed as a journeymen, electrician, laborer, or helper by Agir Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to**

C. K. Lee, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: (212) 465-1180
Fax: (212) 465-1181

**I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make decisions on my behalf concerning the litigation and any settlement.**

Name: Damian Gurino

Address:

City:                  State:          Zip:

Telephone Number            ocial Security No.:

E-mail Address:

SIGNATURE:                     Date: 11-2-23



NEW YORK NY 100

2 NOV 2022 PM

FIRST-CLASS

US POSTAGE
$ 000.57⁰
02 1P
0001223569      OCT  27 2022
MAILED FROM ZIP CODE 10016

Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Pinnacle 216 (b)

10011-195208

## "CONSENT TO SUE" FORM

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DEXLON CHARLES,
*on behalf of himself, FLSA Collective Plaintiffs, and*
*the Class,*

Plaintiff,

v.

Case No.: 22-cv-04232

PINNACLE TOO, LLC,
   d/b/a PINNACLE ELECTRIC,
AGIR ELECTRICAL, LTD.,
   d/b/a PINNACLE ELECTRIC,
FRANKCRUM 6, INC.
  d/b/a FRANKCRUM,
FRANK CRUM JR.,
and ANTONY GIRONTA,

Defendants

**If you are or were employed as a journeymen, electrician, laborer, or helper by Agir**
**Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and**
**the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to**

C. K. Lee, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: (212) 465-1180
Fax: (212) 465-1181

**I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this**
**consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make**
**decisions on my behalf concerning the litigation and any settlement.**

Name: Daniel Levy

Address

City                        State:            Zip:

Telephone Number              Social Security No.:

E-mail Address

SIGNATURE: *Daniel Levy*        Date: 12-16-2022

Daniel Levy



NEW YORK NY 100
20 DEC 2022 PM

FIRST-CLASS

US POSTAGE
$ 000.57⁰
02 1P
0001223569    OCT 27 2022
MAILED FROM ZIP CODE 10016

Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
*Pinnacle 216 (b)*

10011-195208            ոլ||ll| կկ|ւ| դ|||լ|լ|||ll|լ|||

7182621236

LEE LITIGATION GROUP, PLLC
148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NEW YORK 10011

DANIEL SANCHEZ GARCIA

## "CONSENT TO SUE" FORM

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| DEXLON CHARLES, <br> *on behalf of himself, FLSA Collective Plaintiffs, and* <br> *the Class,* <br>               Plaintiff, <br>     v. <br> PINNACLE TOO, LLC, <br>   d/b/a PINNACLE ELECTRIC, <br> AGIR ELECTRICAL, LTD., <br>   d/b/a PINNACLE ELECTRIC, <br> FRANKCRUM 6, INC. <br>  d/b/a FRANKCRUM, <br> FRANK CRUM JR., <br> and ANTONY GIRONTA, <br>            Defendants |

**Case No.:** 22-cv-04232

If you are or were employed as a journeymen, electrician, laborer, or helper by Agir
Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and
the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to

          C. K. Lee, Esq.
          Lee Litigation Group, PLLC
          148 West 24th Street, 8th Floor
          New York, NY 10011
          Tel: (212) 465-1180
          Fax: (212) 465-1181

I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this
consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make
decisions on my behalf concerning the litigation and any settlement.

Name: Daniel Sanchez Garcia

Address:

City: _____ State: _____ Zip: _____

Telephone Number: _____ Social Security No.: _____

E-mail Address:

SIGNATURE: _____ Date: _____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DEXLON CHARLES
*on behalf of himself, FLSA Collective Plaintiffs, and*
*the Class,*

                                 Plaintiff,

         v.                                    Case No.: 22-cv-04232

PINNACLE TOO, LLC,
    d/b/a PINNACLE ELECTRIC,
AGIR ELECTRICAL, LTD.,                    **NOTICE OF PENDENCY OF**
    d/b/a PINNACLE ELECTRIC,              **LAWSUIT REGARDING WAGES**
FRANKCRUM 6, INC.
  d/b/a FRANKCRUM,
FRANK CRUM JR.,
and ANTONY GIRONTA

                                 Defendants.

       **Please read this notice if you are a former or current journeymen, electrician, laborer, or helper, employed by Agir Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019, and the present.**

       Former employee Dexlon Charles ("Plaintiff") has sued Pinnacle Too, LLC., d/b/a Pinnacle Electric, Agir Electrical, LTD., d/b/a Pinnacle Electric, Frankcrum 6, INC., d/b/a Frankcrum, Frank Crum Jr, and Antony Gironta (collectively, "Defendants"), seeking (1) unpaid wages, including unpaid overtime, due to time shaving, (2) unpaid wages, including overtime, due to illegal rounding, (3) unpaid wages from compensable break time, (4) statutory penalties, (5) liquidated damages, and (6) attorneys' fees and costs.

       The lawsuit's federal collective Fair Labor Standards Act ("FLSA") claims seek unpaid wages, including overtime, due to time-shaving, illegal rounding, unpaid wages from compensable break times, liquidated damages, and attorneys' fees and costs. Defendants deny that Plaintiff's claims have merit. The purpose of this Notice is to advise you of your right to participate in this lawsuit under the FLSA. This Notice applies only to FLSA collective action claims.

       The Court has not decided the merits of any claims or any defenses asserted by any party to this lawsuit or whether any party is right or wrong. You are under no obligation to respond to this Notice.

<div align="center"><b>YOUR LEGAL RIGHTS</b></div>

       If you worked for Agir as a journeymen, electrician, laborer or helper at any time between May 23, 2019 and the present and believe that you may be able to assert any of the claims described above, you have the right to participate in this lawsuit. It is your right to join or not to join this lawsuit. If you decide to join this lawsuit, it is illegal for Defendants to retaliate, discharge, take any adverse action, or discriminate against you in any way for participating in this lawsuit.

If you participate in this lawsuit's FLSA claims, you will be required to provide information and answer questions, and you may be required to testify at a deposition and in court and to produce documents. You will also be bound by the outcome of this lawsuit's FLSA claims, whether it is favorable or unfavorable to the plaintiff. If you choose not to join this lawsuit, you will not be entitled to share in any amounts recovered from a trial or settlement of this lawsuit. You will also not be bound by any ruling, judgment or settlement rendered in this lawsuit.

To join this lawsuit, you must sign a "Consent to Sue" form, which is enclosed with this Notice, and send it on or before **December 30, 2022**:

> C. K. Lee, Esq.
> Lee Litigation Group, PLLC
> 148 West 24th Street, 8th Floor
> New York, NY 10011
> Tel: (212) 465-1180
> Fax: (212) 465-1181
> Email: cklee@leelitigation.com

If you do not join this lawsuit, and instead intend to bring your own lawsuit, you should be aware that the lawsuit must be brought within a specific period of time. Generally, the statute of limitations under the FLSA is two or three years from the date of the violation.

## THE LAWYERS REPRESENTING PLAINTIFF

If you join this lawsuit and agree to be represented by Plaintiff through his attorneys, you will be represented by Lee Litigation Group, PLLC. The firm is handling the lawsuit on a "contingency fee" basis, which means that you do not have to pay any attorneys' fees or expenses for this lawsuit. If the plaintiff win a favorable judgment, Lee Litigation Group, PLLC may ask the Court to award it up to one-third of the monetary recovery. You are not required to have Lee Litigation Group, PLLC represent you. If you want your own attorney to represent you in this lawsuit, however, you will be responsible for paying that attorneys' fees and expenses.

## GETTING MORE INFORMATION

You can obtain more information about this lawsuit by contacting C.K. Lee, Esq.:

> C. K. Lee, Esq.
> Lee Litigation Group, PLLC
> 148 West 24th Street, 8th Floor
> New York, NY 10011
> Tel: (212) 465-1180
> Fax: (212) 465-1181
> Email: cklee@leelitigation.com

**Do not call or write the Court or the Clerk's Office with questions.**

Dated: New York, New York, October 31, 2022.

## "CONSENT TO SUE" FORM

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| DEXLON CHARLES,<br>*on behalf of himself, FLSA Collective Plaintiffs, and*<br>*the Class,*<br><br>                              Plaintiff,<br><br>                    v.<br><br>PINNACLE TOO, LLC,<br>    d/b/a PINNACLE ELECTRIC,<br>AGIR ELECTRICAL, LTD.,<br>    d/b/a PINNACLE ELECTRIC,<br>FRANKCRUM 6, INC.<br>    d/b/a FRANKCRUM,<br>FRANK CRUM JR.,<br>and ANTONY GIRONTA,<br>                              Defendants |

Case No.: 22-cv-04232

**If you are or were employed as a journeymen, electrician, laborer, or helper by Agir Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to**

> C. K. Lee, Esq.
> Lee Litigation Group, PLLC
> 148 West 24th Street, 8th Floor
> New York, NY 10011
> Tel: (212) 465-1180
> Fax: (212) 465-1181

**I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make decisions on my behalf concerning the litigation and any settlement.**

Name: ERROL Smith

Address ▮▮▮▮▮▮▮▮▮▮▮▮

City: ▮▮▮▮▮▮▮     State: ▮▮▮     Zip ▮▮▮▮▮

Telephone Number: _____     Social Security No.: ▮▮▮▮▮

E-mail Address ▮▮▮▮▮▮▮▮▮▮▮

SIGNATURE: *Errol Smith*     Date: 11-15-22

**"CONSENT TO SUE" FORM**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| DEXLON CHARLES, |
| *on behalf of himself, FLSA Collective Plaintiffs, and the Class,* |
| Plaintiff, |
| v. |
| PINNACLE TOO, LLC, |
|     d/b/a PINNACLE ELECTRIC, |
| AGIR ELECTRICAL, LTD., |
|     d/b/a PINNACLE ELECTRIC, |
| FRANKCRUM 6, INC. |
|  d/b/a FRANKCRUM, |
| FRANK CRUM JR., |
| and ANTONY GIRONTA, |
| Defendants |

**Case No.:** 22-cv-04232

If you are or were employed as a journeymen, electrician, laborer, or helper by Agir Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to

C. K. Lee, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: (212) 465-1180
Fax: (212) 465-1181

I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make decisions on my behalf concerning the litigation and any settlement.

Name: _EUSEBIO QUISPE QUISPE_

Address: ███████

City: ██████   State: ███   Zip: ███

Telephone Number: ███   Social Security No.: ███

E-mail Address: ███

SIGNATURE: _[signature]_   Date: _11-28-22_

EUSEBIO QUISPE Q.



NEW YORK NY 100

30 NOV 2022

Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
*Pinnacle 216 (b)*

10011-195208

**"CONSENT TO SUE" FORM**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DEXLON CHARLES,
*on behalf of himself, FLSA Collective Plaintiffs, and the Class,*

Plaintiff,

v.

PINNACLE TOO, LLC,
　d/b/a PINNACLE ELECTRIC,
AGIR ELECTRICAL, LTD.,
　d/b/a PINNACLE ELECTRIC,
FRANKCRUM 6, INC.
　d/b/a FRANKCRUM,
FRANK CRUM JR.,
and ANTONY GIRONTA,

Defendants

Case No.: 22-cv-04232

If you are or were employed as a journeymen, electrician, laborer, or helper by Agir Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to

C. K. Lee, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: (212) 465-1180
Fax: (212) 465-1181

**I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make decisions on my behalf concerning the litigation and any settlement.**

Name: _Ezequiel Cuesta_

Address: 

City:                          State:                Zip:

Telephone Number                Social Security No.:

E-mail Address:

SIGNATURE: _____        Date: _11/28/2022_

NEW YORK NY 10
29 NOV 2022PM

FIRST-CLASS



02 1P
0001223569    OCT 26 2022
MAILED FROM ZIP CODE 10016

$ 000.57⁰

Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
*Pinnacle 216 (b)*

10011-195208

## "CONSENT TO SUE" FORM

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DEXLON CHARLES, *on behalf of himself, FLSA Collective Plaintiffs, and the Class,*<br><br>               Plaintiff,<br><br>      v.<br><br>PINNACLE TOO, LLC,<br>    d/b/a PINNACLE ELECTRIC,<br>AGIR ELECTRICAL, LTD.,<br>    d/b/a PINNACLE ELECTRIC,<br>FRANKCRUM 6, INC.<br>  d/b/a FRANKCRUM,<br>FRANK CRUM JR.,<br>and ANTONY GIRONTA,<br>                 Defendants | Case No.: 22-cv-04232 |

**If you are or were employed as a journeymen, electrician, laborer, or helper by Agir Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to**

> C. K. Lee, Esq.
> Lee Litigation Group, PLLC
> 148 West 24th Street, 8th Floor
> New York, NY 10011
> Tel: (212) 465-1180
> Fax: (212) 465-1181

**I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make decisions on my behalf concerning the litigation and any settlement.**

Name: _Felix M. Polauco Jimenez_

Address: ▮▮▮▮▮▮▮▮

City: ▮▮▮▮ State: ▮▮▮ Zip: ▮▮▮

Telephone Number ▮▮▮ Social Security No ▮▮▮

E-mail Address: _____

SIGNATURE: _____ Date: _11/14/22_



Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
*Pinnacle 216 (b)*

1 001 1 3 1 952  C:023

**"CONSENT TO SUE" FORM**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DEXLON CHARLES,
*on behalf of himself, FLSA Collective Plaintiffs, and the Class,*

Plaintiff,

v.

PINNACLE TOO, LLC,
   d/b/a PINNACLE ELECTRIC,
AGIR ELECTRICAL, LTD.,
   d/b/a PINNACLE ELECTRIC,
FRANKCRUM 6, INC.
  d/b/a FRANKCRUM,
FRANK CRUM JR.,
and ANTONY GIRONTA,

Defendants

Case No.: 22-cv-04232

**If you are or were employed as a journeymen, electrician, laborer, or helper by Agir Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to**

C. K. Lee, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: (212) 465-1180
Fax: (212) 465-1181

**I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make decisions on my behalf concerning the litigation and any settlement.**

Name: Felix Ruiz Masso

Address:

City:                   State:           Zip

Telephone Number         Social Security No

E-mail Address:

SIGNATURE: Felix         Date: 11/15/22

Felix Rivera Manso

NEW YORK NY  100

21 NOV 2022  PM 14 L

* USA * FOREVER *

to: 148 west 24th st  8th Floor
   NY NY 10011
       Ferm lee Litigation group

10011-195208

**"CONSENT TO SUE" FORM**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DEXLON CHARLES,
*on behalf of himself, FLSA Collective Plaintiffs, and*
*the Class,*

Plaintiff,

v.

Case No.: 22-cv-04232

PINNACLE TOO, LLC,
   d/b/a PINNACLE ELECTRIC,
AGIR ELECTRICAL, LTD.,
   d/b/a PINNACLE ELECTRIC,
FRANKCRUM 6, INC.
 d/b/a FRANKCRUM,
FRANK CRUM JR.,
and ANTONY GIRONTA,

Defendants

If you are or were employed as a journeymen, electrician, laborer, or helper by Agir
Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and
the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to

C. K. Lee, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: (212) 465-1180
Fax: (212) 465-1181

I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this
consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make
decisions on my behalf concerning the litigation and any settlement.

Name: Fernand Sainvil

Address: ███████████████████

City: ███████  State: ___  Zip: ___

Telephone Number ███████  Social Security No.: ___

E-mail Address: ███████████████

SIGNATURE: *Fernand Sainvil*  Date: 11 / 09 / 2022

Fernand Sainvil





NEW YORK NY 100

9 NOV 2022 PM



FIRST-CLASS

US POSTAGE

02 1P
0001223569
MAILED FROM ZIP CODE 10016

$ 000.57⁰
OCT 27 2022

Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Pinnacle 216 (b)

10011-195208

## "CONSENT TO SUE" FORM

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DEXLON CHARLES,
*on behalf of himself, FLSA Collective Plaintiffs, and*
*the Class,*

Plaintiff,

v.

PINNACLE TOO, LLC,
   d/b/a PINNACLE ELECTRIC,
AGIR ELECTRICAL, LTD.,
   d/b/a PINNACLE ELECTRIC,
FRANKCRUM 6, INC.
  d/b/a FRANKCRUM,
FRANK CRUM JR.,
and ANTONY GIRONTA,

Defendants

Case No.: 22-cv-04232

**If you are or were employed as a journeymen, electrician, laborer, or helper by Agir Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to**

C. K. Lee, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: (212) 465-1180
Fax: (212) 465-1181

**I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make decisions on my behalf concerning the litigation and any settlement.**

Name: Fredi Paute Tepan

Address:

City:                State:        Zip

Telephone Number       Social Security No.:

E-mail Address:

SIGNATURE:            Date: November 4, 2022



NEW YORK NY 100
5 NOV 2022 PM

FIRST-CLASS

US POSTAGE
$ 000.57⁰
02 1P
0001223569     OCT 27 2022
MAILED FROM ZIP CODE 10016

Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
*Pinnacle 216 (b)*

10011-195208

**"CONSENT TO SUE" FORM**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| DEXLON CHARLES, *on behalf of himself, FLSA Collective Plaintiffs, and the Class,* |
| Plaintiff, |
| v. |
| PINNACLE TOO, LLC, d/b/a PINNACLE ELECTRIC, AGIR ELECTRICAL, LTD., d/b/a PINNACLE ELECTRIC, FRANKCRUM 6, INC. d/b/a FRANKCRUM, FRANK CRUM JR., and ANTONY GIRONTA, |
| Defendants |

Case No.: 22-cv-04232

**If you are or were employed as a journeymen, electrician, laborer, or helper by Agir Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to**

> C. K. Lee, Esq.
> Lee Litigation Group, PLLC
> 148 West 24th Street, 8th Floor
> New York, NY 10011
> Tel: (212) 465-1180
> Fax: (212) 465-1181

**I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make decisions on my behalf concerning the litigation and any settlement.**

Name: Gianni Corona

Address: ▉▉▉▉▉▉▉▉▉▉▉▉

City: ▉▉▉▉▉ State ▉▉▉ Zip: ▉▉▉▉

Telephone Number ▉▉▉▉ Social Security No.: ▉▉▉▉

E-mail Address ▉▉▉▉▉▉▉▉▉▉

SIGNATURE: Gian: Corona    Date: 11/4/22

NEW YORK NY 100

5 NOV 2022 PM

FIRST-CLASS



02 1P
0001223569      OCT  26 2022
MAILED FROM ZIP CODE 1 0 0 1 6

$ 000.57⁰

Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
*Pinnacle 216 (b)*

i0011-195208

**"CONSENT TO SUE" FORM**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEXLON CHARLES,
*on behalf of himself, FLSA Collective Plaintiffs, and the Class,*

                Plaintiff,

    v.

                              Case No.: 22-cv-04232

PINNACLE TOO, LLC,
  d/b/a PINNACLE ELECTRIC,
AGIR ELECTRICAL, LTD.,
  d/b/a PINNACLE ELECTRIC,
FRANKCRUM 6, INC.
 d/b/a FRANKCRUM,
FRANK CRUM JR.,
and ANTONY GIRONTA,

             Defendants

**If you are or were employed as a journeymen, electrician, laborer, or helper by Agir Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to**

        C. K. Lee, Esq.
        Lee Litigation Group, PLLC
        148 West 24th Street, 8th Floor
        New York, NY 10011
        Tel: (212) 465-1180
        Fax: (212) 465-1181

**I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make decisions on my behalf concerning the litigation and any settlement.**

Name: _Hayk Sargsyan_

Address: _____

City: _____  State: _____  Zip _____

Telephone Number: _____  ial Security No.: _____

E-mail Address: _____

SIGNATURE: _____  Date: _11. 12. 2022_

Hayk Sargsyan




NEW YORK NY
14 NOV 2022PM
FIRST-CLASS

US POSTAGE
02 1P
0001223569    OCT 27 2022
$ 000.57⁰
MAILED FROM ZIP CODE 10016

Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Pinnacle 216 (b)

10011-195208

**"CONSENT TO SUE" FORM**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DEXLON CHARLES,
*on behalf of himself, FLSA Collective Plaintiffs, and*
*the Class,*

                Plaintiff,

      v.

PINNACLE TOO, LLC,
   d/b/a PINNACLE ELECTRIC,
AGIR ELECTRICAL, LTD.,
   d/b/a PINNACLE ELECTRIC,
FRANKCRUM 6, INC.
  d/b/a FRANKCRUM,
FRANK CRUM JR.,
and ANTONY GIRONTA,

                Defendants

Case No.: 22-cv-04232

If you are or were employed as a journeymen, electrician, laborer, or helper by Agir Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to

        C. K. Lee, Esq.
        Lee Litigation Group, PLLC
        148 West 24th Street, 8th Floor
        New York, NY 10011
        Tel: (212) 465-1180
        Fax: (212) 465-1181

I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make decisions on my behalf concerning the litigation and any settlement.

Name: _Henrry  Teovanny  Cazorla  Jara_

Address: _____

City: _____ State: _____ Zip: _____

Telephone Number: _____ Social Security No.: _____

E-mail Address: _____

SIGNATURE: _____  Date: _12 - 20 - 2022_



NEW YORK NY 100

21 DEC 2022 PM

US POSTAGE

$ 000.57⁰

02 1P
0001223569     OCT 26 2022
MAILED FROM ZIP CODE 10016

Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
*Pinnacle 216 (b)*

10011-195208

**"CONSENT TO SUE" FORM**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEXLON CHARLES,
*on behalf of himself, FLSA Collective Plaintiffs, and
the Class,*

                     Plaintiff,

        v.

                                      Case No.: 22-cv-04232

PINNACLE TOO, LLC,
   d/b/a PINNACLE ELECTRIC,
AGIR ELECTRICAL, LTD.,
   d/b/a PINNACLE ELECTRIC,
FRANKCRUM 6, INC.
   d/b/a FRANKCRUM,
FRANK CRUM JR.,
and ANTONY GIRONTA,
                  Defendants

If you are or were employed as a journeymen, electrician, laborer, or helper by Agir Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to

        C. K. Lee, Esq.
        Lee Litigation Group, PLLC
        148 West 24th Street, 8th Floor
        New York, NY 10011
        Tel: (212) 465-1180
        Fax: (212) 465-1181

I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make decisions on my behalf concerning the litigation and any settlement.

Name: Henry Manquan

Address:

City:                 State:         Zip

Telephone Number:         Social Security No.:

E-mail Address:

SIGNATURE:                Date: Nov. 13/2022.

Henry Menavan

 

NEW YORK NY
28 NOV 2022

FIRST-CLASS

02 1P
0001223569
MAILED FROM ZIP CODE 10016

US POSTAGE
$ 000.57⁰
OCT 26 2022

Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
*Pinnacle 216 (b)*

10011-195208

## "CONSENT TO SUE" FORM

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| DEXLON CHARLES,<br>*on behalf of himself, FLSA Collective Plaintiffs, and the Class,*<br><br>                    Plaintiff,<br><br>      v.<br><br>PINNACLE TOO, LLC,<br>   d/b/a PINNACLE ELECTRIC,<br>AGIR ELECTRICAL, LTD.,<br>   d/b/a PINNACLE ELECTRIC,<br>FRANKCRUM 6, INC.<br>  d/b/a FRANKCRUM,<br>FRANK CRUM JR.,<br>and ANTONY GIRONTA,<br>                 Defendants |

Case No.: 22-cv-04232

If you are or were employed as a journeymen, electrician, laborer, or helper by Agir Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to

        C. K. Lee, Esq.
        Lee Litigation Group, PLLC
        148 West 24th Street, 8th Floor
        New York, NY 10011
        Tel: (212) 465-1180
        Fax: (212) 465-1181

I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make decisions on my behalf concerning the litigation and any settlement.

Name: _HERMAN CANDO_

Address: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

City: ▮▮▮▮▮▮▮     State: _____    Zip: ▮▮▮▮

Telephone Number ▮▮▮▮▮▮▮   ocial Security No.: ▮▮▮▮▮

E-mail Address: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

SIGNATURE: _____   Date: _11/2/22_

Herman Cando

NEW YORK NY 100

3 NOV 2022 PM

US POSTAGE
02 1P
0001223569      $ 000.57°
MAILED FROM ZIP CODE 10016     OCT 27 2022

Lee Litigation Group, FLLC
148 West 24th Street, 8th Floor
New York, NY 10011
*Pinnacle 216 (b)*

10011-195208

## "CONSENT TO SUE" FORM

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DEXLON CHARLES,
*on behalf of himself, FLSA Collective Plaintiffs, and
the Class,*

                   Plaintiff,

        v.

**Case No.: 22-cv-04232**

PINNACLE TOO, LLC,
   d/b/a PINNACLE ELECTRIC,
AGIR ELECTRICAL, LTD.,
   d/b/a PINNACLE ELECTRIC,
FRANKCRUM 6, INC.
  d/b/a FRANKCRUM,
FRANK CRUM JR.,
and ANTONY GIRONTA,

                  Defendants

**If you are or were employed as a journeymen, electrician, laborer, or helper by Agir
Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and
the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to**

C. K. Lee, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: (212) 465-1180
Fax: (212) 465-1181

**I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this
consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make
decisions on my behalf concerning the litigation and any settlement.**

Name: IVAN  A  BARIAS  BAEZ

Address:

City: _____ State: _____ Zip: _____

Telephone Number: _____ Social Security No.: _____

E-mail Address: _Ivanfbarias@Gmail.com_

SIGNATURE: _____ Date: _11-29-2022_

IVAN A. Barias Baez

NEW YORK NY

30 NOV 2022 PM 11 L

C. K Lee, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 1011.

10011-195208

## "CONSENT TO SUE" FORM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEXLON CHARLES,
*on behalf of himself, FLSA Collective Plaintiffs, and
the Class,*

      Plaintiff,

  v.

             Case No.: 22-cv-04232

PINNACLE TOO, LLC,
 d/b/a PINNACLE ELECTRIC,
AGIR ELECTRICAL, LTD.,
 d/b/a PINNACLE ELECTRIC,
FRANKCRUM 6, INC.
 d/b/a FRANKCRUM,
FRANK CRUM JR.,
and ANTONY GIRONTA,

      Defendants

If you are or were employed as a journeymen, electrician, laborer, or helper by Agir Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to

    C. K. Lee, Esq.
    Lee Litigation Group, PLLC
    148 West 24th Street, 8th Floor
    New York, NY 10011
    Tel: (212) 465-1180
    Fax: (212) 465-1181

I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make decisions on my behalf concerning the litigation and any settlement.

Name:   Jubari   Baxter

Address:

City:           State:       Zip:

Telephone Number:       Security No.:

E-mail Address:

SIGNATURE: *Baxter*       Date: 12-1-22

NEW YORK NY 100

19 DEC 2022

FIRST-CLASS



US POSTAGE

02 1P
0001223569    OCT 27 2022
MAILED FROM ZIP CODE 10016

$ 000.57⁰

Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
*Pinnacle 216 (b)*

## "CONSENT TO SUE" FORM

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| DEXLON CHARLES, *on behalf of himself, FLSA Collective Plaintiffs, and the Class,* |
| Plaintiff, |
| v. |
| PINNACLE TOO, LLC, d/b/a PINNACLE ELECTRIC, AGIR ELECTRICAL, LTD., d/b/a PINNACLE ELECTRIC, FRANKCRUM 6, INC. d/b/a FRANKCRUM, FRANK CRUM JR., and ANTONY GIRONTA, |
| Defendants |

Case No.: 22-cv-04232

If you are or were employed as a **journeymen, electrician, laborer, or helper by Agir Electrical, LTD. d/b/a Pinnacle Electric ("Agir")** at any time between **May 23, 2019** and the present, complete and mail this **"Consent to Sue"** Form by **December 30, 2022** to

C. K. Lee, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: (212) 465-1180
Fax: (212) 465-1181

I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make decisions on my behalf concerning the litigation and any settlement.

Name: _____

Address: _____

City: _____ State _____ Zip: _____

Telephone Number _____ Social Security No.: _____

E-mail Address: _____

SIGNATURE: _____   Date: 11-22-2022

Jeffrey Lamber

NEW YORK NY  100

2022  PM

LEE Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, N.Y 10011

HOLIDAYS

10011-195208

## "CONSENT TO SUE" FORM

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| DEXLON CHARLES, |
| *on behalf of himself, FLSA Collective Plaintiffs, and the Class,* |
| Plaintiff, |
| v. |
| PINNACLE TOO, LLC, |
|    d/b/a PINNACLE ELECTRIC, |
| AGIR ELECTRICAL, LTD., |
|    d/b/a PINNACLE ELECTRIC, |
| FRANKCRUM 6, INC. |
|   d/b/a FRANKCRUM, |
| FRANK CRUM JR., |
| and ANTONY GIRONTA, |
| Defendants |

Case No.: 22-cv-04232

If you are or were employed as a journeymen, electrician, laborer, or helper by Agir Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to

C. K. Lee, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: (212) 465-1180
Fax: (212) 465-1181

I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make decisions on my behalf concerning the litigation and any settlement.

Name: _Jessenia Espinoza_

Address

City                                State:                  Zip:

Telephone Number          Social Security No.:

E-mail Address:

SIGNATURE: _Jessenia Espinoza_          Date: 12/01/2022

Jessery Es





NEW YORK NY 100

2 DEC 2022

FIRST-CLASS

Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Pinnacle 216 (b)

10011-195208

## "CONSENT TO SUE" FORM

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| DEXLON CHARLES,<br>*on behalf of himself, FLSA Collective Plaintiffs, and the Class,*<br><br>                           Plaintiff,<br>           v.<br><br>PINNACLE TOO, LLC,<br>    d/b/a PINNACLE ELECTRIC,<br>AGIR ELECTRICAL, LTD.,<br>    d/b/a PINNACLE ELECTRIC,<br>FRANKCRUM 6, INC.<br>  d/b/a FRANKCRUM,<br>FRANK CRUM JR.,<br>and ANTONY GIRONTA,<br>                  Defendants |

**Case No.:** 22-cv-04232

**If you are or were employed as a journeymen, electrician, laborer, or helper by Agir Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to**

         C. K. Lee, Esq.
         Lee Litigation Group, PLLC
         148 West 24th Street, 8th Floor
         New York, NY 10011
         Tel: (212) 465-1180
         Fax: (212) 465-1181

**I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make decisions on my behalf concerning the litigation and any settlement.**

Name: TIMMY Sanders

Address ▮

City: ▮   State: ▮   Zip ▮

Telephone Number: ▮   Social Security No. ▮

E-mail Address: ▮

SIGNATURE: ▮   Date: 11-2-2022

Jimmy Sanders





NEW YORK NY 100
3 NOV 2022

FIRST-CLASS

US POSTAGE
02 1P
0001223569
MAILED FROM ZIP CODE 10016
$ 000.57⁰
OCT 27 2022

Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Pinnacle 216 (b)

**"CONSENT TO SUE" FORM**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| DEXLON CHARLES,<br>*on behalf of himself, FLSA Collective Plaintiffs, and*<br>*the Class,*<br><br>                                   Plaintiff,<br><br>                   v.<br><br>PINNACLE TOO, LLC,<br>    d/b/a PINNACLE ELECTRIC,<br>AGIR ELECTRICAL, LTD.,<br>    d/b/a PINNACLE ELECTRIC.<br>FRANKCRUM 6, INC.<br>  d/b/a FRANKCRUM,<br>FRANK CRUM JR.,<br>and ANTONY GIRONTA,<br>                                   Defendants |

Case No.: 22-cv-04232

If you are or were employed as a journeymen, electrician, laborer, or helper by Agir Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to

C. K. Lee, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: (212) 465-1180
Fax: (212) 465-1181

I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make decisions on my behalf concerning the litigation and any settlement.

Name: JOAN PEREZ PEÑA

Address

City _____ State: _____ Zip:

Telephone Number _____ cial Security No.

E-mail Address:

SIGNATURE: Joan Perez Peña          Date: _____

JoAN PEREZ PEÑA





NEW YORK NY 100

3 DEC 2022 PM

FIRST-CLASS

US POSTAGE

02 1P     $ 000.57⁰
0001223569    OCT 27 2022
MAILED FROM ZIP CODE 10016

Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
*Pinnacle 216 (b)*

10011-195208

## "CONSENT TO SUE" FORM

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DEXLON CHARLES,
*on behalf of himself, FLSA Collective Plaintiffs, and the Class,*

                      Plaintiff,

      v.

**Case No.: 22-cv-04232**

PINNACLE TOO, LLC,
   d/b/a PINNACLE ELECTRIC,
AGIR ELECTRICAL, LTD.,
   d/b/a PINNACLE ELECTRIC,
FRANKCRUM 6, INC.
  d/b/a FRANKCRUM,
FRANK CRUM JR.,
and ANTONY GIRONTA,

                Defendants

**If you are or were employed as a journeymen, electrician, laborer, or helper by Agir Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to**

        C. K. Lee, Esq.
        Lee Litigation Group, PLLC
        148 West 24th Street, 8th Floor
        New York, NY 10011
        Tel: (212) 465-1180
        Fax: (212) 465-1181

**I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make decisions on my behalf concerning the litigation and any settlement.**

Name: JOEL Rosado

Address:

City:               State:          Zip:

Telephone Numb[...]      cial Security No.:

E-mail Addr[...]

SIGNATURE:                 Date: 11-6-2022

Joe 2 Rosado



EW YORK NY 100

5 NOV 2022 PM

FIRST-

US POSTAGE

02 1P
0001223569     OCT 27 2022
MAILED FROM ZIP CODE 10016

$ 000.57⁰

Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
*Pinnacle 216 (s)*

10011-195208

## "CONSENT TO SUE" FORM

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| DEXLON CHARLES, *on behalf of himself, FLSA Collective Plaintiffs, and the Class,*<br><br>                        Plaintiff,<br><br>       v.<br><br>PINNACLE TOO, LLC,<br>   d/b/a PINNACLE ELECTRIC,<br>AGIR ELECTRICAL, LTD.,<br>   d/b/a PINNACLE ELECTRIC,<br>FRANKCRUM 6, INC.<br>  d/b/a FRANKCRUM,<br>FRANK CRUM JR.,<br>and ANTONY GIRONTA,<br>                  Defendants |

Case No.: 22-cv-04232

If you are or were employed as a journeymen, electrician, laborer, or helper by Agir Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to

C. K. Lee, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: (212) 465-1180
Fax: (212) 465-1181

I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make decisions on my behalf concerning the litigation and any settlement.

Name: John Gomez

Addr

City:                          State:               Zip:

Telephone Number            cial Security No.:

E-mail Address:

SIGNATURE:                          Date: 11-7-22

NEW YORK NY 100
7 NOV 2022 PM



02 1P
0001223569     OCT 26 2022
MAILED FROM ZIP CODE 10016

$ 000.57⁰

Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
*Pinnacle 216 (b)*

10011-195208

**"CONSENT TO SUE" FORM**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| DEXLON CHARLES, <br> *on behalf of himself, FLSA Collective Plaintiffs, and the Class,* <br><br>       Plaintiff, <br><br>    v. <br><br> PINNACLE TOO, LLC, <br>   d/b/a PINNACLE ELECTRIC, <br> AGIR ELECTRICAL, LTD., <br>   d/b/a PINNACLE ELECTRIC, <br> FRANKCRUM 6, INC. <br>   d/b/a FRANKCRUM, <br> FRANK CRUM JR., <br> and ANTONY GIRONTA, <br>        Defendants |

Case No.: 22-cv-04232

**If you are or were employed as a journeymen, electrician, laborer, or helper by Agir Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to**

> C. K. Lee, Esq.
> Lee Litigation Group, PLLC
> 148 West 24th Street, 8th Floor
> New York, NY 10011
> Tel: (212) 465-1180
> Fax: (212) 465-1181

**I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make decisions on my behalf concerning the litigation and any settlement.**

Name: _Jonathan Russello_

Address: _____

City _____ State: _____ Zip: _____

Telephone Number _____ ial Security No _____

E-mail Address: _____

SIGNATURE: _Jonathan Russello_   Date: _11/3/22_



Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
*Pinnacle 216 (½)*

10011$1952  C023

**"CONSENT TO SUE" FORM**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| DEXLON CHARLES,<br>*on behalf of himself, FLSA Collective Plaintiffs, and the Class,*<br><br>                      Plaintiff,<br><br>          v.<br><br>PINNACLE TOO, LLC,<br>    d/b/a PINNACLE ELECTRIC,<br>AGIR ELECTRICAL, LTD.,<br>    d/b/a PINNACLE ELECTRIC,<br>FRANKCRUM 6, INC.<br>  d/b/a FRANKCRUM,<br>FRANK CRUM JR.,<br>and ANTONY GIRONTA,<br>                   Defendants |

Case No.: 22-cv-04232

**If you are or were employed as a journeymen, electrician, laborer, or helper by Agir Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to**

C. K. Lee, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: (212) 465-1180
Fax: (212) 465-1181

**I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make decisions on my behalf concerning the litigation and any settlement.**

Name: _Jonathan       Carela_

Address ████████████████████████

City: ████████████ State: __ Zip: ████████

Telephone Number ████████ Social Security No ████████

E-mail Address: ████████████████

SIGNATURE: _Jonathan Carela_        Date: _11/4/2022_



NEW YORK NY 100

5 NOV 2022 PM

FIRST-CLASS

US POSTAGE

02 1P
0001223569    OCT  27 2022
MAILED FROM ZIP CODE 10016

$ 000.57⁰

Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Pinnacle 216 (b)

10011-195208

**"CONSENT TO SUE" FORM**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DEXLON CHARLES,
*on behalf of himself, FLSA Collective Plaintiffs, and*
*the Class,*

                              Plaintiff,

            v.                                                    Case No.: 22-cv-04232

PINNACLE TOO, LLC,
    d/b/a PINNACLE ELECTRIC,
AGIR ELECTRICAL, LTD.,
    d/b/a PINNACLE ELECTRIC,
FRANKCRUM 6, INC.
  d/b/a FRANKCRUM,
FRANK CRUM JR.,
and ANTONY GIRONTA,
                              Defendants

If you are or were employed as a journeymen, electrician, laborer, or helper by Agir
Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and
the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to

                    C. K. Lee, Esq.
                    Lee Litigation Group, PLLC
                    148 West 24th Street, 8th Floor
                    New York, NY 10011
                    Tel: (212) 465-1180
                    Fax: (212) 465-1181

I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this
consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make
decisions on my behalf concerning the litigation and any settlement.

Name: Jonathan Espinal

Address:

City:                                    State:                    Zip:

Telephone Number                         Social Security No.

E-mail Address:

SIGNATURE:                               Date: 12/23/22





NEW YORK NY 100
27 DEC 2022 PM

FIRST-CLASS

US POSTAGE

02 1P
0001223569      OCT 27 2022
MAILED FROM ZIP CODE 10016

$ 000.57⁰

Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Pinnacle 216 (b)

10011-195208

## "CONSENT TO SUE" FORM

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| DEXLON CHARLES, |
| *on behalf of himself, FLSA Collective Plaintiffs, and the Class,* |
| Plaintiff, |
| v. |
| PINNACLE TOO, LLC, |
|    d/b/a PINNACLE ELECTRIC, |
| AGIR ELECTRICAL, LTD., |
|    d/b/a PINNACLE ELECTRIC, |
| FRANKCRUM 6, INC. |
|   d/b/a FRANKCRUM, |
| FRANK CRUM JR., |
| and ANTONY GIRONTA, |
| Defendants |

**Case No.:** 22-cv-04232

**If you are or were employed as a journeymen, electrician, laborer, or helper by Agir Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to**

C. K. Lee, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: (212) 465-1180
Fax: (212) 465-1181

**I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make decisions on my behalf concerning the litigation and any settlement.**

Name: _Jorge Bonilla_

Address: _____

City: _____  State: _____  Zip: _____

Telephone Number: _____  Social Security No. _____

E-mail Address: _____

SIGNATURE: _Jorge Bonilla_  Date: _11/5/2022_





NEW YORK N.Y. 100

17 NOV 2022

FIRST-CLASS

US POSTAGE

$ 000.57°

02 1P
0001223569    OCT 27 2022
MAILED FROM ZIP CODE 10016

Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Pinnacle 216 (b)

10011-195208

**"CONSENT TO SUE" FORM**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DEXLON CHARLES,
*on behalf of himself, FLSA Collective Plaintiffs, and the Class,*

Plaintiff,

v.

PINNACLE TOO, LLC,
  d/b/a PINNACLE ELECTRIC,
AGIR ELECTRICAL, LTD.,
  d/b/a PINNACLE ELECTRIC,
FRANKCRUM 6, INC.
  d/b/a FRANKCRUM,
FRANK CRUM JR.,
and ANTONY GIRONTA,

Defendants

Case No.: 22-cv-04232

If you are or were employed as a journeymen, electrician, laborer, or helper by Agir Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to

C. K. Lee, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: (212) 465-1180
Fax: (212) 465-1181

I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make decisions on my behalf concerning the litigation and any settlement.

Name: _Jose Orlando Garcia_

Address: _____

City: _____ State: ____ Zip: ____

Telephone Number _____ Social Security No.: _____

E-mail Address: _____

SIGNATURE: _____ Date: _12/26/22_

Jose O. Garcia

NEW YORK NY 100

27 DEC 2022 PM

FIRST-CLASS

US POSTAGE

02 1P
0001223569      OCT  26 2022
MAILED FROM ZIP CODE 10016

$ 000.57°

Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
*Pinnacle 216 (b)*

10011-195208

## "CONSENT TO SUE" FORM

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| DEXLON CHARLES,<br>*on behalf of himself, FLSA Collective Plaintiffs, and the Class,*<br><br>          Plaintiff,<br><br>      v.<br><br>PINNACLE TOO, LLC,<br>   d/b/a PINNACLE ELECTRIC,<br>AGIR ELECTRICAL, LTD.,<br>   d/b/a PINNACLE ELECTRIC,<br>FRANKCRUM 6, INC.<br> d/b/a FRANKCRUM,<br>FRANK CRUM JR.,<br>and ANTONY GIRONTA,<br><br>          Defendants |

**Case No.:** 22-cv-04232

**If you are or were employed as a journeymen, electrician, laborer, or helper by Agir Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to**

C. K. Lee, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: (212) 465-1180
Fax: (212) 465-1181

**I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make decisions on my behalf concerning the litigation and any settlement.**

Name: JOSE L Peña Luna

Address:

City:           State:          Zip:

Telephone Number          Social Security No.

E-mail Address

SIGNATURE:          Date: 11/2/22



NEW YORK NY 100

4 NOV 2022



02 1P
0001223569
MAILED FROM ZIP CODE 10016
$ 000.57⁰
OCT 27 2022
US POSTAGE

Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
*Pinnacle 216 (b)*

10011—195208

**"CONSENT TO SUE" FORM**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEXLON CHARLES,
*on behalf of himself, FLSA Collective Plaintiffs, and
the Class,*

                              Plaintiff,

            v.

                                                    Case No.: 22-cv-04232

PINNACLE TOO, LLC,
    d/b/a PINNACLE ELECTRIC,
AGIR ELECTRICAL, LTD.,
    d/b/a PINNACLE ELECTRIC,
FRANKCRUM 6, INC.
    d/b/a FRANKCRUM,
FRANK CRUM JR.,
and ANTONY GIRONTA,

                              Defendants

**If you are or were employed as a journeymen, electrician, laborer, or helper by Agir
Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and
the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to**

                    C. K. Lee, Esq.
                    Lee Litigation Group, PLLC
                    148 West 24th Street, 8th Floor
                    New York, NY 10011
                    Tel: (212) 465-1180
                    Fax: (212) 465-1181

**I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this
consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make
decisions on my behalf concerning the litigation and any settlement.**

Name: Jose Ponciano Tun Sirin

Address:

City:                          State:              Zip

Telephone Number              Social Security No.

E-mail Address:

SIGNATURE:                          Date: 11-17-2022

DV DANIELS NJ O7O

22 NOV 2022PM

FIRST-CLASS



02 1P
0001223569   OCT 27 2022
MAILED FROM ZIP CODE 10016

US POSTAGE
$ 000.57⁰

Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Pinnacle 216 (h)

## "CONSENT TO SUE" FORM

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| DEXLON CHARLES, *on behalf of himself, FLSA Collective Plaintiffs, and the Class,*<br><br>                                    Plaintiff,<br><br>                    v.<br><br>PINNACLE TOO, LLC,<br>    d/b/a PINNACLE ELECTRIC,<br>AGIR ELECTRICAL, LTD.,<br>    d/b/a PINNACLE ELECTRIC,<br>FRANKCRUM 6, INC.<br>    d/b/a FRANKCRUM,<br>FRANK CRUM JR.,<br>and ANTONY GIRONTA,<br>                    Defendants |

**Case No.: 22-cv-04232**

**If you are or were employed as a journeymen, electrician, laborer, or helper by Agir Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to**

C. K. Lee, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: (212) 465-1180
Fax: (212) 465-1181

**I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make decisions on my behalf concerning the litigation and any settlement.**

Name:   Jose   Torres

Address: ▇▇▇▇▇▇▇▇▇▇

City ▇▇▇▇        State: ▇▇▇▇▇        Zip ▇▇▇▇▇

Telephone Number ▇▇▇▇        Social Security No.: _____

E-mail Address: _____

SIGNATURE: Jose Torres        Date: 12-21-2022

Taco Torres



NEW YORK NY
21 DEC 2022 PM

US POSTAGE
$ 000.57
02 1P
0001223569        OCT 27 2022
MAILED FROM ZIP CODE 10016

Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
*Pinnacle 216 (b)*

10011-195208

## "CONSENT TO SUE" FORM

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DEXLON CHARLES,
*on behalf of himself, FLSA Collective Plaintiffs, and*
*the Class,*

               Plaintiff,

      v.

PINNACLE TOO, LLC,
   d/b/a PINNACLE ELECTRIC,
AGIR ELECTRICAL, LTD.,
   d/b/a PINNACLE ELECTRIC,
FRANKCRUM 6, INC.
  d/b/a FRANKCRUM,
FRANK CRUM JR.,
and ANTONY GIRONTA,

              Defendants

**Case No.: 22-cv-04232**

**If you are or were employed as a journeymen, electrician, laborer, or helper by Agir**
**Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and**
**the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to**

        C. K. Lee, Esq.
        Lee Litigation Group, PLLC
        148 West 24th Street, 8th Floor
        New York, NY 10011
        Tel: (212) 465-1180
        Fax: (212) 465-1181

**I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this**
**consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make**
**decisions on my behalf concerning the litigation and any settlement.**

Name: Jose Vasquez

Address:

City:                    State           Zip:

Telephone Number        Social Security No.:

E-mail Address

SIGNATURE:                     Date: 12-16-22



Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Pinnacle 216 (b)

1001131952 C023

## "CONSENT TO SUE" FORM

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DEXLON CHARLES,
*on behalf of himself, FLSA Collective Plaintiffs, and*
*the Class,*

                                    Plaintiff,

                v.

                                                        **Case No.: 22-cv-04232**

PINNACLE TOO, LLC,
    d/b/a PINNACLE ELECTRIC,
AGIR ELECTRICAL, LTD.,
    d/b/a PINNACLE ELECTRIC,
FRANKCRUM 6, INC.
    d/b/a FRANKCRUM,
FRANK CRUM JR.,
and ANTONY GIRONTA,

                                    Defendants

**If you are or were employed as a journeymen, electrician, laborer, or helper by Agir Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to**

C. K. Lee, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: (212) 465-1180
Fax: (212) 465-1181

**I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make decisions on my behalf concerning the litigation and any settlement.**

Name: Joshua Hunter

Address:

City                                State:                        Zip:

Telephone Number                    Social Security No.

E-mail Address:

SIGNATURE: J. Hunter                        Date: 11/4/22



NEW YORK NY 100

4 NOV 2022 PM

FIRST-CLASS

0.57⁰

02  1
0001223569    OCT 26 2022
MAILED FROM ZIP CODE 10016

Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Pinnacle 216 (b)

10011-195208

## "CONSENT TO SUE" FORM

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DEXLON CHARLES,
*on behalf of himself, FLSA Collective Plaintiffs, and*
*the Class,*

                              Plaintiff,

                    v.

PINNACLE TOO, LLC,
    d/b/a PINNACLE ELECTRIC,
AGIR ELECTRICAL, LTD.,
    d/b/a PINNACLE ELECTRIC,
FRANKCRUM 6, INC.
    d/b/a FRANKCRUM,
FRANK CRUM JR.,
and ANTONY GIRONTA,

                              Defendants

**Case No.:** 22-cv-04232

**If you are or were employed as a journeymen, electrician, laborer, or helper by Agir Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to**

C. K. Lee, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: (212) 465-1180
Fax: (212) 465-1181

**I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make decisions on my behalf concerning the litigation and any settlement.**

Name: _____Jourdan_____Phillip_____

Address: _____

City_____ State:_____ Zip____

Telephone Number_____ Social Security N_____

E-mail Address:_____

SIGNATURE:___Jourdan Phillip____ Date: _11/13/22_





NEW YORK NY

14 NOV 2022

US POSTAGE
$ 000.57⁰
02 1P
0001223569    OCT  27 2022
MAILED FROM ZIP CODE 10016

Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
*Pinnacle 216 (b)*

10011-195208

## "CONSENT TO SUE" FORM

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| DEXLON CHARLES, *on behalf of himself, FLSA Collective Plaintiffs, and the Class,*<br><br>Plaintiff,<br><br>v.<br><br>PINNACLE TOO, LLC,<br>   d/b/a PINNACLE ELECTRIC,<br>AGIR ELECTRICAL, LTD.,<br>   d/b/a PINNACLE ELECTRIC,<br>FRANKCRUM 6, INC.<br>  d/b/a FRANKCRUM,<br>FRANK CRUM JR.,<br>and ANTONY GIRONTA,<br><br>Defendants |

Case No.: 22-cv-04232

**If you are or were employed as a journeymen, electrician, laborer, or helper by Agir Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to**

C. K. Lee, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: (212) 465-1180
Fax: (212) 465-1181

**I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make decisions on my behalf concerning the litigation and any settlement.**

Name: _Juan Diaz Yequez_

Address: ████████████████████████

City: ████████ State: ████ Zip: ████

Telephone Number: ████ Social Security No.: ████

E-mail Address: ████████████████

SIGNATURE: _Juan Diaz Yequez_   Date: _12-06-2022_





NEW YORK NY 100

S DEC 2022 PM

FIRST-C

US POSTAGE

$ 000.57⁰

02 1P
0001223569     OCT 27 2022
MAILED FROM ZIP CODE 10016

Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Pinnacle 216 (b)

10011-195208

**"CONSENT TO SUE" FORM**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DEXLON CHARLES,
*on behalf of himself, FLSA Collective Plaintiffs, and the Class,*

Plaintiff,

v.

PINNACLE TOO, LLC,
   d/b/a PINNACLE ELECTRIC,
AGIR ELECTRICAL, LTD.,
   d/b/a PINNACLE ELECTRIC,
FRANKCRUM 6, INC.
 d/b/a FRANKCRUM,
FRANK CRUM JR.,
and ANTONY GIRONTA,

Defendants

Case No.: 22-cv-04232

If you are or were employed as a journeymen, electrician, laborer, or helper by Agir Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to

      C. K. Lee, Esq.
      Lee Litigation Group, PLLC
      148 West 24th Street, 8th Floor
      New York, NY 10011
      Tel: (212) 465-1180
      Fax: (212) 465-1181

I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make decisions on my behalf concerning the litigation and any settlement.

Name: Juana Mora Mora

Address: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

City: ▓▓▓▓▓▓▓▓  State: ▓▓  Zip: ▓▓▓▓

Telephone Number: ▓▓▓▓▓  Social Security No.: ▓▓▓▓▓

E-mail Address: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

SIGNATURE: Juana Mora Mora  Date: 11/28/22

Juan Mora Mora

 

7021 0950 0001 1479 5234

RDC 96

10011

C.H. Lee, Esq,
Lee Litigation Group, PLLC
148 West 24th St, 8th Floor
New York, NY 10011

10011-195208

## "CONSENT TO SUE" FORM
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| DEXLON CHARLES, <br> *on behalf of himself, FLSA Collective Plaintiffs, and* <br> *the Class,* <br><br>              Plaintiff, <br><br>       v. <br><br> PINNACLE TOO, LLC, <br>     d/b/a PINNACLE ELECTRIC, <br> AGIR ELECTRICAL, LTD., <br>     d/b/a PINNACLE ELECTRIC, <br> FRANKCRUM 6, INC. <br>   d/b/a FRANKCRUM, <br> FRANK CRUM JR., <br> and ANTONY GIRONTA, <br>                Defendants |

Case No.: 22-cv-04232

**If you are or were employed as a journeymen, electrician, laborer, or helper by Agir Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to**

> C. K. Lee, Esq.
> Lee Litigation Group, PLLC
> 148 West 24th Street, 8th Floor
> New York, NY 10011
> Tel: (212) 465-1180
> Fax: (212) 465-1181

**I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make decisions on my behalf concerning the litigation and any settlement.**

Name: _Julia Adonis Ramirez Rosario_

Address: ████████████████████████

City: _____ State ████ Zip: ████

Telephone Number: ████ ocial Security No ████

E-mail Address: ████████████████

SIGNATURE: _Julia A. Ramirez_     Date: _11/26/2022_

JULIO MANUEL , JULIO ADONIS

NEW YORK NY 100

26 NOV 2022PM

FIRST-CLASS

US POSTAGE

02 1P     $ 000.57⁰
0001223560    OCT 27 2022
MAILED FROM ZIP CODE 10016

Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
*Pinnacle 216 (b)*

10011-195208

## "CONSENT TO SUE" FORM

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DEXLON CHARLES,
*on behalf of himself, FLSA Collective Plaintiffs, and*
*the Class,*

Plaintiff,

v.

PINNACLE TOO, LLC,
   d/b/a PINNACLE ELECTRIC,
AGIR ELECTRICAL, LTD.,
   d/b/a PINNACLE ELECTRIC,
FRANKCRUM 6, INC.
  d/b/a FRANKCRUM,
FRANK CRUM JR.,
and ANTONY GIRONTA,

Defendants

Case No.: 22-cv-04232

If you are or were employed as a journeymen, electrician, laborer, or helper by Agir
Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and
the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to

C. K. Lee, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: (212) 465-1180
Fax: (212) 465-1181

I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this
consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make
decisions on my behalf concerning the litigation and any settlement.



Name: Iulio C. Ortega

Address:

City                          State:              Zip

Telephone Number            Social Security N

E-mail Address

SIGNATURE:                              Date: 11-03-2022

Julio Ortega





NEW YORK NY
4 NOV 2022 PM

FIRST CLASS

02 1P
0001223569
MAILED FROM ZIP CODE 10016

US POSTAGE
$ 000.57⁰
OCT 27 2022

Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
*Pinnacle 216 (b)*

## "CONSENT TO SUE" FORM
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| DEXLON CHARLES, *on behalf of himself, FLSA Collective Plaintiffs, and the Class,*<br><br>                              Plaintiff,<br><br>                    v.<br><br>PINNACLE TOO, LLC,<br>    d/b/a PINNACLE ELECTRIC,<br>AGIR ELECTRICAL, LTD.,<br>    d/b/a PINNACLE ELECTRIC,<br>FRANKCRUM 6, INC.<br>  d/b/a FRANKCRUM,<br>FRANK CRUM JR.,<br>and ANTONY GIRONTA,<br>                              Defendants |

Case No.: 22-cv-04232

**If you are or were employed as a journeymen, electrician, laborer, or helper by Agir Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to**

C. K. Lee, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: (212) 465-1180
Fax: (212) 465-1181

**I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make decisions on my behalf concerning the litigation and any settlement.**

Name: _JULIO MANUEL RAMIREZ PEREZ_

Address: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

City: ▓▓▓▓▓▓▓▓   State: ▓   Zip: ▓▓▓▓

Telephone Number: ▓▓▓▓▓   Security No.: ▓▓▓▓

E-mail Address: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

SIGNATURE: _Julio Ramirez_   Date: _11/26/2022_

JULIO MANUEL , JULIO ADANIS

NEW YORK NY 100

26 NOV 2022PM

FIRST-CLASS

US POSTAGE
02 1P          $ 000.57⁰
0001223569    OCT 27 2022
MAILED FROM ZIP CODE 10016

Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Pinnacle 216 (b)

i0011-195208

**"CONSENT TO SUE" FORM**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| DEXLON CHARLES, <br> *on behalf of himself, FLSA Collective Plaintiffs, and the Class,* <br><br>                        Plaintiff, <br><br>        v. <br><br> PINNACLE TOO, LLC, <br>     d/b/a PINNACLE ELECTRIC, <br> AGIR ELECTRICAL, LTD., <br>     d/b/a PINNACLE ELECTRIC, <br> FRANKCRUM 6, INC. <br>    d/b/a FRANKCRUM, <br> FRANK CRUM JR., <br> and ANTONY GIRONTA, <br>                   Defendants |

**Case No.:** 22-cv-04232

**If you are or were employed as a journeymen, electrician, laborer, or helper by Agir Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to**

          C. K. Lee, Esq.
          Lee Litigation Group, PLLC
          148 West 24th Street, 8th Floor
          New York, NY 10011
          Tel: (212) 465-1180
          Fax: (212) 465-1181

**I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make decisions on my behalf concerning the litigation and any settlement.**

Name:     Justin Jackson

Address:

City:                              State:                 Zip:

Telephone Number               Social Security No.:

E-mail Address:

SIGNATURE:                                   Date:   12 - 20 - 22

FIRST-CLASS



US POSTAGE
$ 000.57⁰
02 1P
0001223569    OCT 26 2022
MAILED FROM ZIP CODE 10016

Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
*Pinnacle 216 (b)*

## "CONSENT TO SUE" FORM

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DEXLON CHARLES,
*on behalf of himself, FLSA Collective Plaintiffs, and
the Class,*

                    Plaintiff,

        v.

PINNACLE TOO, LLC,
    d/b/a PINNACLE ELECTRIC,
AGIR ELECTRICAL, LTD.,
    d/b/a PINNACLE ELECTRIC,
FRANKCRUM 6, INC.
    d/b/a FRANKCRUM,
FRANK CRUM JR.,
and ANTONY GIRONTA,

                    Defendants

Case No.: 22-cv-04232

**If you are or were employed as a journeymen, electrician, laborer, or helper by Agir
Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and
the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to**

                    C. K. Lee, Esq.
                    Lee Litigation Group, PLLC
                    148 West 24th Street, 8th Floor
                    New York, NY 10011
                    Tel: (212) 465-1180
                    Fax: (212) 465-1181

**I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this
consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make
decisions on my behalf concerning the litigation and any settlement.**

Name:  KELON  CALISTE

Address: ███████████████████

City: ███████  tate: ___  ___ Zip: ███

Telephone Number ███  cial Security No. ███

E-mail Address ███████████

SIGNATURE: *Kelon Caliste*          Date: 11 / 11 / 2022



MID-ISLAND NY 117
14 NOV 2022PM
FIRST-CLASS

US POSTAGE
$ 000.57⁰
02 1P
0001223569     OCT 27 2022
MAILED FROM ZIP CODE 10016

Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
*Pinnacle 216 (b)*

10011-195208

## "CONSENT TO SUE" FORM

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DEXLON CHARLES,
*on behalf of himself, FLSA Collective Plaintiffs, and
the Class,*

Plaintiff,

v.

PINNACLE TOO, LLC,
    d/b/a PINNACLE ELECTRIC,
AGIR ELECTRICAL, LTD.,
    d/b/a PINNACLE ELECTRIC,
FRANKCRUM 6, INC.
    d/b/a FRANKCRUM,
FRANK CRUM JR.,
and ANTONY GIRONTA,

Defendants

Case No.: 22-cv-04232

**If you are or were employed as a journeymen, electrician, laborer, or helper by Agir Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to**

C. K. Lee, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: (212) 465-1180
Fax: (212) 465-1181

**I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make decisions on my behalf concerning the litigation and any settlement.**

Name: _Kevin      Mcintosh_

Address: _____

City: _____ State: ___ Zip: _____

Telephone Number _____ cial Security No.: _____

E-mail Address: _____

SIGNATURE: _K. Mcintosh_      Date: _11-18-22_



NEW YORK NY 100
21 NOV 2022PM

US POSTAGE
$ 000.57°
02 1P
0001223569    OCT 27 2022
MAILED FROM ZIP CODE 10016

Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
*Pinnacle 216 (b)*

10011-195208

## "CONSENT TO SUE" FORM

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DEXLON CHARLES,
*on behalf of himself, FLSA Collective Plaintiffs, and*
*the Class,*

                Plaintiff,

       v.

                                 **Case No.:** 22-cv-04232

PINNACLE TOO, LLC,
   d/b/a PINNACLE ELECTRIC,
AGIR ELECTRICAL, LTD.,
   d/b/a PINNACLE ELECTRIC,
FRANKCRUM 6, INC.
  d/b/a FRANKCRUM,
FRANK CRUM JR.,
and ANTONY GIRONTA,

              Defendants

**If you are or were employed as a journeymen, electrician, laborer, or helper by Agir Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to**

                C. K. Lee, Esq.
                Lee Litigation Group, PLLC
                148 West 24th Street, 8th Floor
                New York, NY 10011
                Tel: (212) 465-1180
                Fax: (212) 465-1181

**I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make decisions on my behalf concerning the litigation and any settlement.**

Name: *Kevon Walters*

Address: ████████████████████████

City: ████████ State: ████ Zip ████████

Telephone Number: ████████ al Security No.: _____

E-mail Address: ████████████████

SIGNATURE: *K. Walters*         Date: 11/3/2022



NEW YORK NY 100
·12 NOV 2022PM 12

FIRST-CLASS

02 1P
0001223569      OCT  27 2022
MAILED FROM ZIP CODE 10016

$ 000.57⁰

Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Pinnacle 216 (b)

10011-195208

## "CONSENT TO SUE" FORM

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DEXLON CHARLES,
*on behalf of himself, FLSA Collective Plaintiffs, and
the Class,*

Plaintiff,

v.

PINNACLE TOO, LLC,
   d/b/a PINNACLE ELECTRIC,
AGIR ELECTRICAL, LTD.,
   d/b/a PINNACLE ELECTRIC,
FRANKCRUM 6, INC.
  d/b/a FRANKCRUM,
FRANK CRUM JR.,
and ANTONY GIRONTA,

Defendants

**Case No.:** 22-cv-04232

If you are or were employed as a journeymen, electrician, laborer, or helper by Agir
Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and
the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to

C. K. Lee, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: (212) 465-1180
Fax: (212) 465-1181

I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this
consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make
decisions on my behalf concerning the litigation and any settlement.

Name: _____

Address: _____

City: _____ State: _____ Zip _____

Telephone Number: _____ Social Security No.: _____

E-mail Address: _____

SIGNATURE: _Leonard Bain_    Date: _12-12-2022_



Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
*Pinnacle 216 (b)*

"CONSENT TO SUE" FORM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEXLON CHARLES.<br>*on behalf of himself. FLSA Collective Plaintiffs, and*<br>*the Class,*<br><br>Plaintiff,<br><br>v.<br><br>PINNACLE TOO. LLC.<br>   d/b/a PINNACLE ELECTRIC,<br>AGIR ELECTRICAL, LTD.,<br>   d/b/a PINNACLE ELECTRIC,<br>FRANKCRUM 6. INC.<br>  d/b/a FRANKCRUM.<br>FRANK CRUM JR.,<br>and ANTONY GIRONTA.<br><br>Defendants | Case No.: 22-cv-04232 |

If you are or were employed as a journeymen, electrician, laborer, or helper by Agir
Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and
the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to

C. K. Lee, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: (212) 465-1180
Fax: (212) 465-1181

I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this
consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make
decisions on my behalf concerning the litigation and any settlement.

Name: LEONARDO MARTE

Address: ▮▮▮▮▮▮▮▮

City: ▮▮▮▮ State: ▮ Zip ▮

Telephone Number ▮▮▮ cial Security No.: ▮▮▮

E-mail Address: ▮▮▮▮

SIGNATURE: _____ Date: NOV. 18 /2022

.o · Marte



CHARLOTTE NC 280

18 NOV 2022 PM 3 1

c. k. Lee Esq.
Lee Litigation Group, PLLC
148 West 24th St, 8th Floor
New York, NY 10011



**"CONSENT TO SUE" FORM**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| DEXLON CHARLES, <br> *on behalf of himself, FLSA Collective Plaintiffs, and the Class,* <br><br>               Plaintiff, <br><br>       v. <br><br> PINNACLE TOO, LLC, <br>    d/b/a PINNACLE ELECTRIC, <br> AGIR ELECTRICAL, LTD., <br>    d/b/a PINNACLE ELECTRIC, <br> FRANKCRUM 6, INC. <br>   d/b/a FRANKCRUM, <br> FRANK CRUM JR., <br> and ANTONY GIRONTA, <br>               Defendants |

Case No.: 22-cv-04232

**If you are or were employed as a journeymen, electrician, laborer, or helper by Agir Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to**

            C. K. Lee, Esq.
            Lee Litigation Group, PLLC
            148 West 24th Street, 8th Floor
            New York, NY 10011
            Tel: (212) 465-1180
            Fax: (212) 465-1181

**I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make decisions on my behalf concerning the litigation and any settlement.**

Name: _Luis Fabian Reyes Saldaña_

Address: _____

City: _____ State: _____ Zip: _____

Telephone _____ Social Security No.: _____

E-mail Address: _____

SIGNATURE: _FABIAN KEYES_      Date: _11/6/22_



Melinda Reyes



NEW YORK NY 100
6 NOV 2022 PM

US POSTAGE
$ 000.57⁰
02 1P
0001223569      OCT 27 2022
MAILED FROM ZIP CODE 10016

Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Pinnacle 216 (b)

10011-195208

## "CONSENT TO SUE" FORM

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DEXLON CHARLES,
*on behalf of himself, FLSA Collective Plaintiffs, and the Class,*

                  Plaintiff,

      v.

**Case No.:** 22-cv-04232

PINNACLE TOO, LLC,
   d/b/a PINNACLE ELECTRIC,
AGIR ELECTRICAL, LTD.,
   d/b/a PINNACLE ELECTRIC,
FRANKCRUM 6, INC.
  d/b/a FRANKCRUM,
FRANK CRUM JR.,
and ANTONY GIRONTA,

              Defendants

**If you are or were employed as a journeymen, electrician, laborer, or helper by Agir Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to**

        C. K. Lee, Esq.
        Lee Litigation Group, PLLC
        148 West 24th Street, 8th Floor
        New York, NY 10011
        Tel: (212) 465-1180
        Fax: (212) 465-1181

**I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make decisions on my behalf concerning the litigation and any settlement.**

Name: Luis Mercado

Address:

City:                    State:           Zip:

Telephone Number:        Social Security No.:

E-mail Address:

SIGNATURE: _____   Date: 11-7-2022



Luis Mercado Jr.



NEW YORK NY 100

18 NOV 2022PM

FIRST-CLASS

US POSTAGE
$ 000.57⁰
02 1P
0001223569    OCT 28 2022
MAILED FROM ZIP CODE 10016

Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
*Pinnacle 216 (b)*



**"CONSENT TO SUE" FORM**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DEXLON CHARLES,<br>*on behalf of himself, FLSA Collective Plaintiffs, and the Class,*<br>Plaintiff,<br>v.<br><br>PINNACLE TOO, LLC,<br>d/b/a PINNACLE ELECTRIC,<br>AGIR ELECTRICAL, LTD.,<br>d/b/a PINNACLE ELECTRIC,<br>FRANKCRUM 6, INC.<br>d/b/a FRANKCRUM,<br>FRANK CRUM JR.,<br>and ANTONY GIRONTA,<br>Defendants | **Case No.**: 22-cv-04232 |

**If you are or were employed as a journeymen, electrician, laborer, or helper by Agir Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to**

C. K. Lee, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: (212) 465-1180
Fax: (212) 465-1181

**I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make decisions on my behalf concerning the litigation and any settlement.**

Name: Mahamadou G Touray

Addre[redacted]

City[redacted] Stat[redacted] Zip[redacted]

Telephone Numbe[redacted]ocial Security No.:[redacted]

E-mail Addres[redacted]

SIGNATURE: [signature]

Date: 11/06/2022

FOREVER / USA



NEW YORK NY 100

7 NOV 2022 PM

FIRST-CLASS

US POSTAGE
02 1P
0001223569
MAILED FROM ZIP CODE 10016
$ 000.57⁰
OCT 27 2022

Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
*Pinnacle 216 (b)*

10011-195208

## "CONSENT TO SUE" FORM

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DEXLON CHARLES,
*on behalf of himself, FLSA Collective Plaintiffs, and
the Class,*

                    Plaintiff,

        v.

PINNACLE TOO, LLC,
    d/b/a PINNACLE ELECTRIC,
AGIR ELECTRICAL, LTD.,
    d/b/a PINNACLE ELECTRIC,
FRANKCRUM 6, INC.
    d/b/a FRANKCRUM,
FRANK CRUM JR.,
and ANTONY GIRONTA,
                    Defendants

**Case No.:** 22-cv-04232

If you are or were employed as a journeymen, electrician, laborer, or helper by Agir
Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and
the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to

C. K. Lee, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: (212) 465-1180
Fax: (212) 465-1181

I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this
consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make
decisions on my behalf concerning the litigation and any settlement.

Name: _Manuel Abraham Gomez Checo_

Address: _____

City: _____ State: ____ Zip: _____

Telephone Number _____ ocial Security No. _____

E-mail Address: _____

SIGNATURE: _Manul Gomez_     Date: _22-12-22_

Case 1:22-cv-04232-JMF   Document 40-1   Filed 01/10/23   Page 136 of 198



NEW YORK NY 100

FIRST-CLASS

02 1P
0001223569    OCT 26 2022
MAILED FROM ZIP CODE 10016

Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
*Pinnacle 216 (b)*

10011-195208

## "CONSENT TO SUE" FORM

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| DEXLON CHARLES, |
| *on behalf of himself, FLSA Collective Plaintiffs, and* |
| *the Class,* |
| Plaintiff, |
| v. |
| PINNACLE TOO, LLC, |
| d/b/a PINNACLE ELECTRIC, |
| AGIR ELECTRICAL, LTD., |
| d/b/a PINNACLE ELECTRIC, |
| FRANKCRUM 6, INC. |
| d/b/a FRANKCRUM, |
| FRANK CRUM JR., |
| and ANTONY GIRONTA, |
| Defendants |

**Case No.:** 22-cv-04232

**If you are or were employed as a journeymen, electrician, laborer, or helper by Agir Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to**

C. K. Lee, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: (212) 465-1180
Fax: (212) 465-1181

**I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make decisions on my behalf concerning the litigation and any settlement.**

Name: _Marco Yellua_

Address: _____

City: _____ State: _____ Zi

Telephone Number: _____ Social Security No.: _____

E-mail Address: _____

SIGNATURE: _Marco Yelhia_ Date: _11-17-___





FIRST-CLASS

02 1P                    $ 000.57⁰
0001223569     OCT 27 2022
MAILED FROM ZIP CODE 10016

Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
*Pinnacle 216 (b)*

## "CONSENT TO SUE" FORM

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| DEXLON CHARLES,<br>*on behalf of himself, FLSA Collective Plaintiffs, and*<br>*the Class,*<br><br>        Plaintiff,<br><br>    v.<br><br>PINNACLE TOO, LLC,<br>   d/b/a PINNACLE ELECTRIC,<br>AGIR ELECTRICAL, LTD.,<br>   d/b/a PINNACLE ELECTRIC,<br>FRANKCRUM 6, INC.<br>  d/b/a FRANKCRUM,<br>FRANK CRUM JR.,<br>and ANTONY GIRONTA,<br>       Defendants |

Case No.: 22-cv-04232

If you are or were employed as a journeymen, electrician, laborer, or helper by Agir Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to

C. K. Lee, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: (212) 465-1180
Fax: (212) 465-1181

**I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make decisions on my behalf concerning the litigation and any settlement.**

Name: Marcos M Ordoñez

Address

Cit                                 State:                      Zip:

Telephone Number:                   Social Security No.:

E-mail Address:

SIGNATURE:                                      Date: 11-2-22

NEW YORK NY
3 NOV 2022



Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
*Pinnacle 216 (b)*

i0011-195208

**"CONSENT TO SUE" FORM**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEXLON CHARLES, *on behalf of himself, FLSA Collective Plaintiffs, and the Class,* <br>       Plaintiff, <br>    v. <br> PINNACLE TOO, LLC, <br>   d/b/a PINNACLE ELECTRIC, <br> AGIR ELECTRICAL, LTD., <br>   d/b/a PINNACLE ELECTRIC, <br> FRANKCRUM 6, INC. <br>   d/b/a FRANKCRUM, <br> FRANK CRUM JR., <br> and ANTONY GIRONTA, <br>       Defendants | Case No.: 22-cv-04232 |

If you are or were employed as a journeymen, electrician, laborer, or helper by Agir
Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and
the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to

     C. K. Lee, Esq.
     Lee Litigation Group, PLLC
     148 West 24th Street, 8th Floor
     New York, NY 10011
     Tel: (212) 465-1180
     Fax: (212) 465-1181

I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this
consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make
decisions on my behalf concerning the litigation and any settlement.

Name: MARK Agard

Address:

City          State:      Zip:

Telephone Number     Social Security No.

E-mail Address:

SIGNATURE: *Mark Agard*    Date: 11-8-22



Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
*Pinnacle 216 (b)*

10011$1952  C023

## "CONSENT TO SUE" FORM

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DEXLON CHARLES,
*on behalf of himself, FLSA Collective Plaintiffs, and*
*the Class,*

                Plaintiff,

      v.

PINNACLE TOO, LLC,
   d/b/a PINNACLE ELECTRIC,
AGIR ELECTRICAL, LTD.,
   d/b/a PINNACLE ELECTRIC,
FRANKCRUM 6, INC.
 d/b/a FRANKCRUM,
FRANK CRUM JR.,
and ANTONY GIRONTA,
              Defendants

**Case No.:** 22-cv-04232

If you are or were employed as a journeymen, electrician, laborer, or helper by Agir Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to

      C. K. Lee, Esq.
      Lee Litigation Group, PLLC
      148 West 24th Street, 8th Floor
      New York, NY 10011
      Tel: (212) 465-1180
      Fax: (212) 465-1181

I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make decisions on my behalf concerning the litigation and any settlement.

Name: _Nestor O Riaño Peña_

Address: 

City: State: Zip:

Telephone Number ocial Security No.:

E-mail Address:

SIGNATURE: _____  Date: 11/17/22

From: Nestor O. Ric[...]

MID-ISLAND NY 117
29 NOV 2022PM 4 L


FOREVER

TO: Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Pinnacle 216 (b)

10011-195208

## "CONSENT TO SUE" FORM

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| DEXLON CHARLES,<br>*on behalf of himself, FLSA Collective Plaintiffs, and*<br>*the Class,*<br><br>Plaintiff,<br><br>v.<br><br>PINNACLE TOO, LLC,<br>    d/b/a PINNACLE ELECTRIC,<br>AGIR ELECTRICAL, LTD.,<br>    d/b/a PINNACLE ELECTRIC,<br>FRANKCRUM 6, INC.<br> d/b/a FRANKCRUM,<br>FRANK CRUM JR.,<br>and ANTONY GIRONTA,<br>Defendants |

Case No.: 22-cv-04232

**If you are or were employed as a journeymen, electrician, laborer, or helper by Agir
Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and
the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to**

C. K. Lee, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: (212) 465-1180
Fax: (212) 465-1181

**I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this
consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make
decisions on my behalf concerning the litigation and any settlement.**

Name: *Nicholas Ferdinand*

Address

City: _____   State: _____   Zip: _____

Telephone Number   ocial Security No.:

E-mail Address

SIGNATURE: *N Ferdinand*   Date: *11/23/22*

Nicholas Ferdinand



NEW YORK NY 100

23 NOV 2022PM

FIRST-CLASS

US POSTAGE
$ 000.57⁰

02 1P
0001223569    OCT  26 2022
MAILED FROM ZIP CODE 10016

Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
*Pinnacle 216 (b)*

10011-195208

## "CONSENT TO SUE" FORM

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| DEXLON CHARLES, *on behalf of himself, FLSA Collective Plaintiffs, and the Class,* Plaintiff, v. PINNACLE TOO, LLC, d/b/a PINNACLE ELECTRIC, AGIR ELECTRICAL, LTD., d/b/a PINNACLE ELECTRIC, FRANKCRUM 6, INC. d/b/a FRANKCRUM, FRANK CRUM JR., and ANTONY GIRONTA, Defendants |

Case No.: 22-cv-04232

**If you are or were employed as a journeymen, electrician, laborer, or helper by Agir Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to**

C. K. Lee, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: (212) 465-1180
Fax: (212) 465-1181

**I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make decisions on my behalf concerning the litigation and any settlement.**

Name: Oscar Urena

Address:

City: _____ State: _____ Zip: _____

Telephone Number _____ Social Security No. _____

E-mail Address:

SIGNATURE: _Oscar Urena_ Date: 11/7/22



US POSTAGE
PAIDimi
12/01/2022
From 11788
0 lbs 3 ozs          Pitney Bowes    026W0004897496
Zone 1              CommPrice
                    NO SURCHARGE     3001205961

**USPS FIRST-CLASS PKG**

Oscar Urena

0006

C023

C.K.LEE ESQ.
LEE LITIGATION GROUP, PLLC
148 W 24TH ST FL 8
NEW YORK NY 10011-1952

**USPS TRACKING #**

9400 1092 0556 8292 2256 38

**"CONSENT TO SUE" FORM**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| DEXLON CHARLES, *on behalf of himself, FLSA Collective Plaintiffs, and the Class,* |
| Plaintiff, |
| v. |
| PINNACLE TOO, LLC, d/b/a PINNACLE ELECTRIC, AGIR ELECTRICAL, LTD., d/b/a PINNACLE ELECTRIC, FRANKCRUM 6, INC. d/b/a FRANKCRUM, FRANK CRUM JR., and ANTONY GIRONTA, |
| Defendants |

Case No.: 22-cv-04232

If you are or were employed as a journeymen, electrician, laborer, or helper by Agir Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to

C. K. Lee, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: (212) 465-1180
Fax: (212) 465-1181

I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make decisions on my behalf concerning the litigation and any settlement.

Name: Patrick A Rose

Address:

City:                          State:                Zip:

Telephone Number:            Social Security No.:

E-mail Address:

SIGNATURE: _____            Date: 12/1/2022



SOUTH JERSEY NJ 080

22 DEC 2022

FIRST-CLASS

02 1P
0001223569    OCT 27 2022
MAILED FROM ZIP CODE 10016

$ 000.57⁰

Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
*Pinnacle 216 (b)*

10011-195208

## "CONSENT TO SUE" FORM

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DEXLON CHARLES,
*on behalf of himself, FLSA Collective Plaintiffs, and the Class,*

Plaintiff,

v.

PINNACLE TOO, LLC,
   d/b/a PINNACLE ELECTRIC,
AGIR ELECTRICAL, LTD.,
   d/b/a PINNACLE ELECTRIC,
FRANKCRUM 6, INC.
 d/b/a FRANKCRUM,
FRANK CRUM JR.,
and ANTONY GIRONTA,

Defendants

Case No.: 22-cv-04232

If you are or were employed as a journeymen, electrician, laborer, or helper by Agir Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to

C. K. Lee, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: (212) 465-1180
Fax: (212) 465-1181

I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make decisions on my behalf concerning the litigation and any settlement.

Name: PHIXELY HYATT

Address:

City:                     State:           Zip:

Telephone Number:           Social Security No.:

E-mail Address:

SIGNATURE: Phixely Hyatt           Date: 11 - 04 - 2022



LEHIGH VALLEY PA 180

7 NOV 2022 PM

FIRST-CLASS

Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
*Pinnacle 216 (b)*

10011-195208

**"CONSENT TO SUE" FORM**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DEXLON CHARLES,
*on behalf of himself, FLSA Collective Plaintiffs, and
the Class,*

Plaintiff,

v.

PINNACLE TOO, LLC,
   d/b/a PINNACLE ELECTRIC,
AGIR ELECTRICAL, LTD.,
   d/b/a PINNACLE ELECTRIC,
FRANKCRUM 6, INC.
   d/b/a FRANKCRUM,
FRANK CRUM JR.,
and ANTONY GIRONTA,

Defendants

Case No.: 22-cv-04232

If you are or were employed as a journeymen, electrician, laborer, or helper by Agir
Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and
the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to

C. K. Lee, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: (212) 465-1180
Fax: (212) 465-1181

I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this
consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make
decisions on my behalf concerning the litigation and any settlement.

Name: _____

Address: _____

City: _____ State: _____ Zip: _____

Telephone Number: _____ Social Security No. _____

E-mail Address: _____

SIGNATURE: _____  Date: 11-03-2022



NEW YORK NY 100

FIRST-CLASS

US POSTAGE

02 1P
0001223569      OCT  27 2022
MAILED FROM ZIP CODE 10016

$ 000.57⁰

Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
*Pinnacle 216 (b)*

10011-195208

## "CONSENT TO SUE" FORM

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DEXLON CHARLES,
*on behalf of himself, FLSA Collective Plaintiffs, and
the Class,*

Plaintiff,

v.

PINNACLE TOO, LLC,
   d/b/a PINNACLE ELECTRIC,
AGIR ELECTRICAL, LTD.,
   d/b/a PINNACLE ELECTRIC,
FRANKCRUM 6, INC.
  d/b/a FRANKCRUM,
FRANK CRUM JR.,
and ANTONY GIRONTA,

Defendants

Case No.: 22-cv-04232

If you are or were employed as a journeymen, electrician, laborer, or helper by Agir Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to

C. K. Lee, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: (212) 465-1180
Fax: (212) 465-1181

I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make decisions on my behalf concerning the litigation and any settlement.

Name: Ramon Maisonet

Address:

City: _____ State: _____ Zip: _____

Telephone Number _____ Social Security No _____

E-mail Address: _____

SIGNATURE: _____ Date: 11/2/22



RAmon MiA

NEW YORK NY 100

9 NOV 2022 PM

FIRST-CLASS

US POSTAGE

02 1P
0001223569     OCT 27 2022
MAILED FROM ZIP CODE 10016

$ 000.57⁰

Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
*Pinnacle 216 (b)*

10011-191699

## "CONSENT TO SUE" FORM

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DEXLON CHARLES,
*on behalf of himself, FLSA Collective Plaintiffs, and the Class,*

            Plaintiff,

     v.

PINNACLE TOO, LLC,
   d/b/a PINNACLE ELECTRIC,
AGIR ELECTRICAL, LTD.,
   d/b/a PINNACLE ELECTRIC,
FRANKCRUM 6, INC.
 d/b/a FRANKCRUM,
FRANK CRUM JR.,
and ANTONY GIRONTA,

           Defendants

**Case No.:** 22-cv-04232

**If you are or were employed as a journeymen, electrician, laborer, or helper by Agir Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to**

    C. K. Lee, Esq.
    Lee Litigation Group, PLLC
    148 West 24th Street, 8th Floor
    New York, NY 10011
    Tel: (212) 465-1180
    Fax: (212) 465-1181

**I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make decisions on my behalf concerning the litigation and any settlement.**

Name: Reynaldo Comisario

Address:

City:                   State:         Zip:

Telephone Number:         al Security No.:

E-mail Address:

SIGNATURE: Reynaldo Comisario     Date: 12/12/2022.





NEW YORK NY 100
20 DEC 2022 PM
FIRST-CLASS

02 1P
0001223569   OCT 26 2022
MAILED FROM ZIP CODE 10016

US POSTAGE
$ 000.57⁰

Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
*Pinnacle 216 (b)*

## "CONSENT TO SUE" FORM

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| DEXLON CHARLES,<br>*on behalf of himself, FLSA Collective Plaintiffs, and the Class,*<br><br>                 Plaintiff,<br><br>      v.<br><br>PINNACLE TOO, LLC,<br>   d/b/a PINNACLE ELECTRIC,<br>AGIR ELECTRICAL, LTD.,<br>   d/b/a PINNACLE ELECTRIC,<br>FRANKCRUM 6, INC.<br>  d/b/a FRANKCRUM,<br>FRANK CRUM JR.,<br>and ANTONY GIRONTA,<br>               Defendants |

**Case No.: 22-cv-04232**

**If you are or were employed as a journeymen, electrician, laborer, or helper by Agir Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to**

        C. K. Lee, Esq.
        Lee Litigation Group, PLLC
        148 West 24th Street, 8th Floor
        New York, NY 10011
        Tel: (212) 465-1180
        Fax: (212) 465-1181

**I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make decisions on my behalf concerning the litigation and any settlement.**

Name: *Roberto Peters Mateo*

Address:

City: _____ State: _____ Zip

Telephone Number _____ Social Security No

E-mail Address:

SIGNATURE: _____ Date: 7-11-2022
                                        7-11-2022



NEW YORK NY 100

9 NOV 2022 PM

FIRST-CLASS

US POSTAGE

02 1P
0001223569        OCT 27 2022
$ 000.57⁰
MAILED FROM ZIP CODE 10016

Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
*Pinnacle 216 (b)*

10011-195208

## "CONSENT TO SUE" FORM

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| DEXLON CHARLES, *on behalf of himself, FLSA Collective Plaintiffs, and the Class,* Plaintiff, v. PINNACLE TOO, LLC, d/b/a PINNACLE ELECTRIC, AGIR ELECTRICAL, LTD., d/b/a PINNACLE ELECTRIC, FRANKCRUM 6, INC. d/b/a FRANKCRUM, FRANK CRUM JR., and ANTONY GIRONTA, Defendants |

Case No.: 22-cv-04232

**If you are or were employed as a journeymen, electrician, laborer, or helper by Agir Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to**

C. K. Lee, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: (212) 465-1180
Fax: (212) 465-1181

**I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make decisions on my behalf concerning the litigation and any settlement.**

Name: Ronald Grooden

Address: ███████████████████████

City: ███████ State: ███████ Zi█

Telephone Number: ██████ Social Security No. ██████

E-mail Address: ███████████████████

SIGNATURE: *Ronald Grooden*      Date: 11/4/22



FIRST-CLASS

$ 000.57⁰
02 1P
0001223569    OCT  26 2022
MAILED FROM ZIP CODE 10016

Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
*Pinnacle 216 (b)*

## "CONSENT TO SUE" FORM

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| DEXLON CHARLES, *on behalf of himself, FLSA Collective Plaintiffs, and the Class,*<br><br>                              Plaintiff,<br><br>                    v.<br><br>PINNACLE TOO, LLC,<br>    d/b/a PINNACLE ELECTRIC,<br>AGIR ELECTRICAL, LTD.,<br>    d/b/a PINNACLE ELECTRIC,<br>FRANKCRUM 6, INC.<br>  d/b/a FRANKCRUM,<br>FRANK CRUM JR.,<br>and ANTONY GIRONTA,<br>                              Defendants |

Case No.: 22-cv-04232

If you are or were employed as a journeymen, electrician, laborer, or helper by Agir Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to

C. K. Lee, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: (212) 465-1180
Fax: (212) 465-1181

I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make decisions on my behalf concerning the litigation and any settlement.

Name: _Sajal Kumar Nath_

Address: _____

City: _____ State: _____ Zip: _____

Telephone Number: _____ Security No.: _____

E-mail Address: _____

SIGNATURE: _Sojal Kumar Nath_    Date: _11/19/2022_

NEW YORK NY 100

14 NOV 2022 PM

US POSTAGE

$ 000.57⁰

02 1P
0001223569      OCT 27 2022
MAILED FROM ZIP CODE 10016

Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Pinnacle 216 (b)

From
Sajal Kumar Nata

0011-195208

## "CONSENT TO SUE" FORM

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| DEXLON CHARLES, <br> *on behalf of himself, FLSA Collective Plaintiffs, and the Class,* <br> Plaintiff, <br> v. <br> PINNACLE TOO, LLC, <br> d/b/a PINNACLE ELECTRIC, <br> AGIR ELECTRICAL, LTD., <br> d/b/a PINNACLE ELECTRIC, <br> FRANKCRUM 6, INC. <br> d/b/a FRANKCRUM, <br> FRANK CRUM JR., <br> and ANTONY GIRONTA, <br> Defendants |

**Case No.:** 22-cv-04232

If you are or were employed as a journeymen, electrician, laborer, or helper by Agir Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to

C. K. Lee, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: (212) 465-1180
Fax: (212) 465-1181

I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make decisions on my behalf concerning the litigation and any settlement.

Name: Sammy Kistoo

Address: ▮▮▮▮▮

City: ▮▮▮▮  State: ▮▮▮▮  Zip: ▮▮▮▮

Telephone Numb▮▮▮  Social Security No.: ▮▮▮

E-mail Address: ▮▮▮

SIGNATURE: *Sammy Kistoo*   Date: 11/28/2022

SAMMY Kisto

NEW YORK NY

28 NOV 2022

FIRST CLASS



US POSTAGE
02 1P   $ 000.57⁰
0001223569   OCT 26 2022
MAILED FROM ZIP CODE 10016

Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
*Pinnacle 216 (b)*

10011-195208

**"CONSENT TO SUE" FORM**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DEXLON CHARLES,
*on behalf of himself, FLSA Collective Plaintiffs, and*
*the Class,*

Plaintiff,

v.

PINNACLE TOO, LLC,
    d/b/a PINNACLE ELECTRIC,
AGIR ELECTRICAL, LTD.,
    d/b/a PINNACLE ELECTRIC,
FRANKCRUM 6, INC.
    d/b/a FRANKCRUM,
FRANK CRUM JR.,
and ANTONY GIRONTA,

Defendants

**Case No.:** 22-cv-04232

If you are or were employed as a journeymen, electrician, laborer, or helper by Agir Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to

C. K. Lee, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: (212) 465-1180
Fax: (212) 465-1181

I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make decisions on my behalf concerning the litigation and any settlement.

Name: SHAKEIBA CONKLIN

Address: 

City:                          State:                    Zip:

Telephone Number:              Social Security No

E-mail Address

SIGNATURE:                          Date: 11-7-2022

IHAkethpa Conttin

NEW YORK NY 100

16 NOV 2022PM



US POSTAGE
02 1P           $ 000.57⁰
0001223569      OCT 26 2022
MAILED FROM ZIP CODE 10016

Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
*Pinnacle 216 (b)*

10011-195208

**"CONSENT TO SUE" FORM**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DEXLON CHARLES,
*on behalf of himself, FLSA Collective Plaintiffs, and the Class,*

                Plaintiff,

        v.

PINNACLE TOO, LLC,
   d/b/a PINNACLE ELECTRIC,
AGIR ELECTRICAL, LTD.,
   d/b/a PINNACLE ELECTRIC,
FRANKCRUM 6, INC.
  d/b/a FRANKCRUM,
FRANK CRUM JR.,
and ANTONY GIRONTA,

            Defendants

Case No.: 22-cv-04232

**If you are or were employed as a journeymen, electrician, laborer, or helper by Agir Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to**

        C. K. Lee, Esq.
        Lee Litigation Group, PLLC
        148 West 24th Street, 8th Floor
        New York, NY 10011
        Tel: (212) 465-1180
        Fax: (212) 465-1181

**I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make decisions on my behalf concerning the litigation and any settlement.**

Name: _Sheldon     Moore_

Address: █████████████████████████

City: ███████████ State: ████ Zip: ████████

Telephone Number █████ Social Security No. ████████

E-mail Address: ████████████████

SIGNATURE: _Sh Moo_      Date: _11-4-2022_



NEW YORK NY 100

5 NOV 2022

FIRST-CLASS

US POSTAGE

02 1P
0001223569    OCT 28 2022
MAILED FROM ZIP CODE 10016

$ 000.57⁰

Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Pinnacle 216 (b)

10011-195208

**"CONSENT TO SUE" FORM**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| DEXLON CHARLES, *on behalf of himself, FLSA Collective Plaintiffs, and the Class,* <br>                Plaintiff, <br>      v. <br> PINNACLE TOO, LLC, <br>    d/b/a PINNACLE ELECTRIC, <br> AGIR ELECTRICAL, LTD., <br>    d/b/a PINNACLE ELECTRIC, <br> FRANKCRUM 6, INC. <br>   d/b/a FRANKCRUM, <br> FRANK CRUM JR., <br> and ANTONY GIRONTA, <br>                Defendants |

Case No.: 22-cv-04232

**If you are or were employed as a journeymen, electrician, laborer, or helper by Agir Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to**

> C. K. Lee, Esq.
> Lee Litigation Group, PLLC
> 148 West 24th Street, 8th Floor
> New York, NY 10011
> Tel: (212) 465-1180
> Fax: (212) 465-1181

**I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make decisions on my behalf concerning the litigation and any settlement.**

Name: Shon oriel Solomon Gentle

Address: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

City: ▮▮▮▮▮▮▮ State: ▮▮▮▮ Zip: ▮▮▮▮

Telephone Number: ▮▮▮▮ Social Security No.: _____

E-mail Address: ▮▮▮▮▮▮▮

SIGNATURE: Shon Gentle          Date: 11 - 10 - 2022

Shon Gentl

NEW YORK NY   100

1 DEC 2022   PM 14 L

FOREVER / USA

Lee Litigation Group plc
146 West 24th street 8th Floor
New york N y 10011
Dimocie 216 (b)

1001181910 C023

"CONSENT TO SUE" FORM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEXLON CHARLES,
*on behalf of himself, FLSA Collective Plaintiffs, and the Class,*

Plaintiff,

v.

PINNACLE TOO, LLC,
d/b/a PINNACLE ELECTRIC,
AGIR ELECTRICAL, LTD.,
d/b/a PINNACLE ELECTRIC,
FRANKCRUM 6, INC.
d/b/a FRANKCRUM,
FRANK CRUM JR.,
and ANTONY GIRONTA,

Defendants

Case No.: 22-cv-04232

If you are or were employed as a journeymen, electrician, laborer, or helper by Agir Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to

C. K. Lee, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: (212) 465-1180
Fax: (212) 465-1181

I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make decisions on my behalf concerning the litigation and any settlement.

Name: Shy-quan Baker

Address

City                                    State:                          Zip

Telephone Numbe                   ocial Security No.:

E-mail Address

SIGNATURE:                                    Date: 11/02/22

Shv-Quan Baker





NEW YORK NY 100

3 NOV 2022 PM

$ 000.57⁰

02 1P
0001223569    OCT 27 2022
MAILED FROM ZIP CODE 10016

Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
*Pinnacle 216 (b)*

## "CONSENT TO SUE" FORM

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DEXLON CHARLES,
*on behalf of himself, FLSA Collective Plaintiffs, and*
*the Class,*

                       Plaintiff,

        v.

PINNACLE TOO, LLC,
   d/b/a PINNACLE ELECTRIC,
AGIR ELECTRICAL, LTD.,
   d/b/a PINNACLE ELECTRIC,
FRANKCRUM 6, INC.
 d/b/a FRANKCRUM,
FRANK CRUM JR.,
and ANTONY GIRONTA,

               Defendants

**Case No.:** 22-cv-04232

**If you are or were employed as a journeymen, electrician, laborer, or helper by Agir Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to**

          C. K. Lee, Esq.
          Lee Litigation Group, PLLC
          148 West 24th Street, 8th Floor
          New York, NY 10011
          Tel: (212) 465-1180
          Fax: (212) 465-1181

**I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make decisions on my behalf concerning the litigation and any settlement.**

Name: Simeon Eastman

Address:

City:                          State:                Zip

Telephone Numb                cial Security No.:

E-mail Address:

SIGNATURE: _Simeon E_          Date: 11/17/2022

Simeon Eastman



MID-ISLAND N

21 NOV 2022

FIRST CLASS

US POSTAGE

02 1P
0001223569     OCT 27 2022
MAILED FROM ZIP CODE 10016

$ 000.57⁰

Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Pinnacle 216 (b)

10011-195208

## "CONSENT TO SUE" FORM

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DEXLON CHARLES,
*on behalf of himself, FLSA Collective Plaintiffs, and*
*the Class,*

Plaintiff,

v.

PINNACLE TOO, LLC,
    d/b/a PINNACLE ELECTRIC,
AGIR ELECTRICAL, LTD.,
    d/b/a PINNACLE ELECTRIC,
FRANKCRUM 6, INC.
  d/b/a FRANKCRUM,
FRANK CRUM JR.,
and ANTONY GIRONTA,

Defendants

**Case No.:** 22-cv-04232

If you are or were employed as a journeymen, electrician, laborer, or helper by Agir
Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and
the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to

C. K. Lee, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: (212) 465-1180
Fax: (212) 465-1181

I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this
consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make
decisions on my behalf concerning the litigation and any settlement.

Name: _Tafari_____A____Montaque_____

Address: _____

City: _____ State: _____ Zip: _____

Telephone Number _____ cial Security No. _____

E-mail Address: _____

SIGNATURE: _T Montaque_____ Date: _11-08-22_

Tafari A. Montague

NEW YORK NY 100

15 DEC 2022PM

FIRST-CLASS

US POSTAGE
$ 000.57⁰
02 1P
0001223569     OCT 28 2022
MAILED FROM ZIP CODE 10016

Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
*Pinnacle 216 (b)*

10011-195208

## "CONSENT TO SUE" FORM

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DEXLON CHARLES,
*on behalf of himself, FLSA Collective Plaintiffs, and*
*the Class,*

                 Plaintiff,

      v.

                                  **Case No.: 22-cv-04232**

PINNACLE TOO, LLC,
   d/b/a PINNACLE ELECTRIC,
AGIR ELECTRICAL, LTD.,
   d/b/a PINNACLE ELECTRIC,
FRANKCRUM 6, INC.
   d/b/a FRANKCRUM,
FRANK CRUM JR.,
and ANTONY GIRONTA,

                   Defendants

**If you are or were employed as a journeymen, electrician, laborer, or helper by Agir Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to**

C. K. Lee, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: (212) 465-1180
Fax: (212) 465-1181

**I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make decisions on my behalf concerning the litigation and any settlement.**

Name: _Terry Hall_

Address: ▮▮▮▮▮▮▮▮

City: ▮▮▮▮▮▮ State: ▮▮▮▮ Zip: ▮▮▮▮

Telephone Number ▮▮▮▮ Social Security No. ▮▮▮▮

E-mail Address ▮▮▮▮

SIGNATURE: _T. Hall_       Date: _11/6/22_

TERRY HALL

LEHIGH VALLEY.PA 180

24 DEC 2022  PM 2  L



Lee Litigation Group, PLLC
148 West 24th street 8th floor
New York, NY 10011

10011-195208

**"CONSENT TO SUE" FORM**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| DEXLON CHARLES,<br>*on behalf of himself, FLSA Collective Plaintiffs, and*<br>*the Class,*<br><br>                              Plaintiff,<br><br>              v.<br><br>PINNACLE TOO, LLC,<br>    d/b/a PINNACLE ELECTRIC,<br>AGIR ELECTRICAL, LTD.,<br>    d/b/a PINNACLE ELECTRIC,<br>FRANKCRUM 6, INC.<br>  d/b/a FRANKCRUM,<br>FRANK CRUM JR.,<br>and ANTONY GIRONTA,<br>                              Defendants |

Case No.: 22-cv-04232

If you are or were employed as a journeymen, electrician, laborer, or helper by Agir Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to

C. K. Lee, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: (212) 465-1180
Fax: (212) 465-1181

I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make decisions on my behalf concerning the litigation and any settlement.

Name: _Tiburcio Ramón Galán C._

Address: _____

City _____  State: _____  Zip: _____

Telephone Number _____  Social Security No.: _____

E-mail Address: _____

SIGNATURE: _____  Date: _11/14/2022_

DV DANIELS NJ 070

14 NOV 2022

FIRST-CLASS



02 1P
0001223569    NOV 08 2022
MAILED FROM ZIP CODE 10016
$ 000.57⁰

Lee Litigation Group, PLLC
148 W 24ᵗʰ Street, Eighth Floor
New York, New York 10011
Pinnacle 216 (h)

10011-195208

## "CONSENT TO SUE" FORM

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DEXLON CHARLES,
*on behalf of himself, FLSA Collective Plaintiffs, and the Class,*

                              Plaintiff,

                    v.

PINNACLE TOO, LLC,
    d/b/a PINNACLE ELECTRIC,
AGIR ELECTRICAL, LTD.,
    d/b/a PINNACLE ELECTRIC,
FRANKCRUM 6, INC.
  d/b/a FRANKCRUM,
FRANK CRUM JR.,
and ANTONY GIRONTA,

                    Defendants

**Case No.:** 22-cv-04232

**If you are or were employed as a journeymen, electrician, laborer, or helper by Agir Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to**

                    C. K. Lee, Esq.
                    Lee Litigation Group, PLLC
                    148 West 24th Street, 8th Floor
                    New York, NY 10011
                    Tel: (212) 465-1180
                    Fax: (212) 465-1181

**I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make decisions on my behalf concerning the litigation and any settlement.**

Name: _Timofei Mokhanov_

Address: _____

City: _____   State: _____   Zip: _____

Telephone Number: _____   Social Security No.: _____

E-mail Address: _____

SIGNATURE: _____   Date: _11/21/22._

Timofei Malkhanov



Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Pinnacle 216 (b)

10011-195208

## "CONSENT TO SUE" FORM

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DEXLON CHARLES,
*on behalf of himself, FLSA Collective Plaintiffs, and the Class,*

Plaintiff,

v.

PINNACLE TOO, LLC,
   d/b/a PINNACLE ELECTRIC,
AGIR ELECTRICAL, LTD.,
   d/b/a PINNACLE ELECTRIC,
FRANKCRUM 6, INC.
  d/b/a FRANKCRUM,
FRANK CRUM JR.,
and ANTONY GIRONTA,

Defendants

Case No.: 22-cv-04232

**If you are or were employed as a journeymen, electrician, laborer, or helper by Agir Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to**

C. K. Lee, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: (212) 465-1180
Fax: (212) 465-1181

**I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make decisions on my behalf concerning the litigation and any settlement.**

Name: _TRINESHA A CLARKE_

Address: ▮▮▮▮▮▮▮▮▮▮

City: ▮▮▮▮ State ▮▮▮ Zip: ▮▮▮

Telephone Number ▮▮▮ cial Security No ▮▮▮

E-mail Address: ▮▮▮▮

SIGNATURE: _Trinesha Clarke_  Date: _11/07/2022_

TRINESHA CLARKE





FIRST-CLASS

US POSTAGE

02 1P              $ 000.57⁰
0001223569    OCT 28 2022
MAILED FROM ZIP CODE 10016

Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
*Pinnacle 216 (b)*

## "CONSENT TO SUE" FORM

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| DEXLON CHARLES, |
| *on behalf of himself, FLSA Collective Plaintiffs, and the Class,* |
| Plaintiff, |
| v. |
| PINNACLE TOO, LLC, |
|    d/b/a PINNACLE ELECTRIC, |
| AGIR ELECTRICAL, LTD., |
|    d/b/a PINNACLE ELECTRIC, |
| FRANKCRUM 6, INC. |
|  d/b/a FRANKCRUM, |
| FRANK CRUM JR., |
| and ANTONY GIRONTA, |
| Defendants |

**Case No.:** 22-cv-04232

**If you are or were employed as a journeymen, electrician, laborer, or helper by Agir Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to**

C. K. Lee, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: (212) 465-1180
Fax: (212) 465-1181

**I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make decisions on my behalf concerning the litigation and any settlement.**

Name: TYRELL BROWN

Address:

City: State: Zip:

Telephone Number: Social Security No.:

E-mail Address:

SIGNATURE: *Tyrell Brown*   Date: 12-01-22

Tyrell Brown

NEW YORK NY 100

5 DEC 2022 PM

US POSTAGE

$ 000.57⁰

02 1P
0001223569      OCT  27 2022
MAILED FROM ZIP CODE 10016

Lee Litigation Group, PLLC
8 West 24th Street, 8th Floor
New York, NY 10011
Pinnacle 216 (b)

10011-195208

## "CONSENT TO SUE" FORM

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| DEXLON CHARLES, *on behalf of himself, FLSA Collective Plaintiffs, and the Class,*<br><br>Plaintiff,<br><br>v.<br><br>PINNACLE TOO, LLC,<br>    d/b/a PINNACLE ELECTRIC,<br>AGIR ELECTRICAL, LTD.,<br>    d/b/a PINNACLE ELECTRIC,<br>FRANKCRUM 6, INC.<br>  d/b/a FRANKCRUM,<br>FRANK CRUM JR.,<br>and ANTONY GIRONTA,<br>                    Defendants |

Case No.: 22-cv-04232

**If you are or were employed as a journeymen, electrician, laborer, or helper by Agir Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to**

C. K. Lee, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: (212) 465-1180
Fax: (212) 465-1181

**I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make decisions on my behalf concerning the litigation and any settlement.**

Name: TuShawn Lee

Addre

City:                          State              Zip:

Telephone Number          ial Security No.

E-mail Address:

SIGNATURE: TuShawn lee          Date: 11-03-2022



NEW YORK NY 100

4 NOV 2022 PM

US POSTAGE
02 1P
0001223569        OCT  27 2022
MAILED FROM ZIP CODE 10016

$ 000.57⁰

Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
*Pinnacle 216 (b)*

10011-195208

## "CONSENT TO SUE" FORM

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| DEXLON CHARLES, *on behalf of himself, FLSA Collective Plaintiffs, and the Class,* |
| Plaintiff, |
| v. |
| PINNACLE TOO, LLC, d/b/a PINNACLE ELECTRIC, AGIR ELECTRICAL, LTD., d/b/a PINNACLE ELECTRIC, FRANKCRUM 6, INC. d/b/a FRANKCRUM, FRANK CRUM JR., and ANTONY GIRONTA, |
| Defendants |

**Case No.:** 22-cv-04232

If you are or were employed as a journeymen, electrician, laborer, or helper by Agir Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to

C. K. Lee, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: (212) 465-1180
Fax: (212) 465-1181

I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make decisions on my behalf concerning the litigation and any settlement.

Name: Vidur  Rupnarain

Address:

City:                          State:                    Zip:

Telephone Number:              cial Security No.:

E-mail Address:

SIGNATURE: Vedur  Rupnarain        Date: 11/17/22

To:

C.K Lee, Esq.

Lee Litigation Group, PLLC

148 West 24th Street, 8th Floor

New York, NY 10011

NEW YORK NY 100

17 NOV 2022 PM 13 L

10011-195208

## "CONSENT TO SUE" FORM

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DEXLON CHARLES,
*on behalf of himself, FLSA Collective Plaintiffs, and*
*the Class,*

Plaintiff,

v.

PINNACLE TOO, LLC,
   d/b/a PINNACLE ELECTRIC,
AGIR ELECTRICAL, LTD.,
   d/b/a PINNACLE ELECTRIC,
FRANKCRUM 6, INC.
  d/b/a FRANKCRUM,
FRANK CRUM JR.,
and ANTONY GIRONTA,

Defendants

**Case No.:** 22-cv-04232

**If you are or were employed as a journeymen, electrician, laborer, or helper by Agir**
**Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and**
**the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to**

C. K. Lee, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: (212) 465-1180
Fax: (212) 465-1181

**I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this**
**consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make**
**decisions on my behalf concerning the litigation and any settlement.**

Name: _Walter James Miller III_

Address: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

City ▮▮▮▮▮▮ State: ▮ Zip: ▮

Telephone Number ▮▮▮▮▮ rity No.: ▮

E-mail Address: ▮▮▮▮▮

SIGNATURE: _Walt Mill_          Date: _November 10 2022_



NEW YORK NY 100
10 NOV 2022PM

Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
*Pinnacle 216 (b)*

10011-195208

## "CONSENT TO SUE" FORM

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| DEXLON CHARLES, *on behalf of himself, FLSA Collective Plaintiffs, and the Class,* |
| Plaintiff, |
| v. |
| PINNACLE TOO, LLC, d/b/a PINNACLE ELECTRIC, AGIR ELECTRICAL, LTD., d/b/a PINNACLE ELECTRIC, FRANKCRUM 6, INC. d/b/a FRANKCRUM, FRANK CRUM JR., and ANTONY GIRONTA, |
| Defendants |

Case No.: 22-cv-04232

**If you are or were employed as a journeymen, electrician, laborer, or helper by Agir Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to**

> C. K. Lee, Esq.
> Lee Litigation Group, PLLC
> 148 West 24th Street, 8th Floor
> New York, NY 10011
> Tel: (212) 465-1180
> Fax: (212) 465-1181

**I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make decisions on my behalf concerning the litigation and any settlement.**

Name: *Walter Pizarro*

Address:

City: _____ State: _____ Zip: _____

Telephone Number: _____ Social Security No.: _____

E-mail Address:

SIGNATURE: *Walter Pizarro*     Date: 11/4/22



FIRST-CLASS

US POSTAGE
$ 000.57⁰
02 1P
0001223569   OCT 27 2022
MAILED FROM ZIP CODE 10016

Lee Litigation Group, FLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Pinnacle 216 (b)

10011$1952 CO23

## "CONSENT TO SUE" FORM

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| DEXLON CHARLES, *on behalf of himself, FLSA Collective Plaintiffs, and the Class,* <br><br> Plaintiff, <br><br> v. <br><br> PINNACLE TOO, LLC,    d/b/a PINNACLE ELECTRIC, <br> AGIR ELECTRICAL, LTD.,    d/b/a PINNACLE ELECTRIC, <br> FRANKCRUM 6, INC.    d/b/a FRANKCRUM, <br> FRANK CRUM JR., <br> and ANTONY GIRONTA, <br><br> Defendants |

Case No.: 22-cv-04232

**If you are or were employed as a journeymen, electrician, laborer, or helper by Agir Electrical, LTD. d/b/a Pinnacle Electric ("Agir") at any time between May 23, 2019 and the present, complete and mail this "Consent to Sue" Form by December 30, 2022 to**

C. K. Lee, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: (212) 465-1180
Fax: (212) 465-1181

**I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this consent form, I hereby designate Lee Litigation Group, PLLC to represent me and make decisions on my behalf concerning the litigation and any settlement.**

Name: _Yuriy Apukhtin_

Address: _____

City: _____ State: _____ Zip _____

Telephone Number: _____ al Security No.: _____

E-mail Address: _____

SIGNATURE: _____ Date: _11. 08. 2022_



Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
*Pinnacle 216 (b)*

10011$1952 C023