# LEE LITIGATION GROUP, PLLC
148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:   212-465-1188
cklee@leelitigation.com

June 28, 2023

**Via ECF**
The Honorable Jesse M. Furman, U.S.D.J.
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York NY 10007

               Re:   *Charles v. Pinnacle Too, LLC et al*
                        Case No.: 1:22-cv-04232

Dear Judge Furman:

      We are counsel to Plaintiff in the above-referenced matter. We write to respectfully request that the Court consider Plaintiff's Letter Motion for a 37.2 conference [ECF 57] filed on June 22, 2023, as unopposed.

      As Defendants Frankcrum 6, Inc. and Frank Crum Jr. have failed to timely respond to Plaintiffs' letter pursuant to Section 3 (E) of Your Honor's Individual Rules and Practices, the Court should consider Plaintiff's request for a conference to compel discovery production and deposition dates, as unopposed.

      We thank the Court for its time and consideration.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc:    all parties via ECF