**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
DEXLON CHARLES,

                             Plaintiff,                        **ORDER**

              -against-                        **22-cv-4232 (JMF) (JW)**

PINNACLE TOO, LLC,

                             Defendant.
----------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

      On July 10, 2023, the Plaintiff requested a discovery conference to resolve

an outstanding discovery dispute. Dkt. No. 62. That same day, the Defendant

filed a letter objecting to aspects of Plaintiff's letter, but Defendant did not object

to a conference to resolve the dispute. Dkt. No. 63.

      The Court will hold a video conference **tomorrow, July 14, 2023, at 3:30**

**p.m.** The Parties are directed to join the video conference via a Microsoft Teams

link that will be emailed to the Parties. Members of the public may listen to the

conference telephonically by calling +1 646-453-4442 and entering the passcode

787816942#.

      SO ORDERED.

DATED:    New York, New York
            July 13, 2023

                                        *Jennifer E. Willis*
                                _____
                                 JENNIFER E. WILLIS
                                 United States Magistrate Judge