UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DEXLON CHARLES,

                        Plaintiff,                       **ORDER**

          -against-                        **22-cv-4232 (JMF) (JW)**

PINNACLE TOO, LLC,

                       Defendant.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court held a video conference on July 14, 2023.

At the conference, the Parties agreed that by **Monday, July 17th**, Defendants will give the Plaintiff contact information for the unrepresented former employees.

Second, Defendants agreed to provide wage statements and punch-out records for the opt-in Plaintiffs by next Friday, **July 21, 2023.**

Third, the Parties **shall file a joint letter** to the Court by Friday, July 21st, confirming the production of the requested documents and detailing an agreed-upon schedule for depositions.

SO ORDERED.

DATED:   New York, New York
               July 14, 2023

                                                        _____
                                                           JENNIFER E. WILLIS
                                                          United States Magistrate Judge