# LEE LITIGATION GROUP, PLLC

148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:       212-465-1188
                       cklee@leelitigation.com

**Via ECF**
The Honorable Jennifer E. Willis, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 701
New York, New York 10007

> The extension request is GRANTED.
>
> SO ORDERED.
>
> /s/ Jennifer E. Willis
> Jennifer E. Willis
> United States Magistrate Judge
>
> July 25, 2023

Re:   *Charles v. Pinnacle Too, LLC et al.*
      Case No. 1: 22-cv-04232 (JMF)(JEW)

Dear Judge Willis:

This office represents Plaintiff in the above-referenced matter, and we write with consent of Defendants (the "Parties") to request an extension until July 24, 2023, to provide an update on the status of Defendants' production, pursuant to Your Honor's Order, dated July 14, 2023 [Dkt. No. 67].

Pursuant to Your Honor's Order, the Parties were to update the Court on the status of Defendants' production by July 21, 2023 [Dkt. No. 67]. On July 17, 2023, Defendants provided the contact information of the unrepresented former employees, and on July 21, 2023, Defendants provided deposition dates, and supplemental production, Bates numbered AGIR00004591 – AGIR000010716. Defendants still owe deposition dates for two individuals.

Today, the Parties met and conferred, and Defendants advised that that they expected to supplement their production with wage documents by Monday July 24, 2023.

Given the foregoing, we request to provide the court with a more comprehensive update on July 24, 2023, regarding Defendants' production after receiving and reviewing the anticipated additional production. This is the first request for an extension of this Order and is consented to by all Parties.

We thank the Court for Its attention to this matter.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF