# LEE LITIGATION GROUP, PLLC
148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:   212-465-1188                                               October 16, 2023
cklee@leelitigation.com

**Via ECF**
The Honorable Dale E. Ho,
United States District Court
Southern District of New York
40 Foley Square
New York NY 10007

      Re: *Charles v. Pinnacle Too, LLC et al*
        Case No.: 1:22-cv-04232

Dear Judge Ho:

  We are counsel to Plaintiff in the above-referenced matter. As Defendants have failed to file any opposition to Plaintiff's Motion to certify class and approve class counsel filed on September 29, 2023, pursuant to Local Rule 6.1 of the Southern and Eastern Districts of New York, we write to respectfully request that the Court consider Plaintiff's Motion as unopposed.

  We thank the Court for its time and consideration.

Respectfully submitted,

 */s/ C.K. Lee*
C.K. Lee

cc: all parties via ECF