UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DEXLON CHARLES,

                Plaintiff,

      -against-

PINNACLE TOO, LLC,

                Defendant.
-----------------------------------------------------------------X

**ORDER**

**22-cv-4232 (JMF) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Parties each submitted letters raising various discovery disputes. Dkt. Nos. 80 and 82. The Parties shall attend a conference to resolve the disputes **on November 1st at 1:30 pm in Courtroom 228, 40 Foley Square, New York, New York**.

      SO ORDERED.

DATED:   New York, New York
               October 18, 2023

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge