**Ogletree Deakins**

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

*Attorneys at Law*

599 Lexington Ave, Fl 17
New York, New York 10022
Telephone: 212-492-2500
Facsimile: 212-492-2501
www.ogletree.com

Evan B. Citron
212-492-2068
evan.citron@ogletree.com

> This request is GRANTED. Defendants' Opposition Papers are due **March 7th**. SO ORDERED.
>
> *Jennifer E. Willis*
> Jennifer E. Willis
> United States Magistrate Judge
>
> February 28, 2024

**VIA ECF**

The Honorable Jennifer E. Willis
United States Magistrate Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Charles v. Pinnacle Too, LLC et al.*
       1:22-cv-04232 (JMF)

Dear Judge Willis:

    We represent defendants FrankCrum 6, Inc. and Frank Crum Jr. (The "FrankCrum Defendants") in the above-referenced matter. On behalf of the FrankCrum Defendants as well as the Pinnacle Defendants, and in accordance with Rule I.C of Your Honor's Individual Practices, we respectfully write to request a short one-week extension of Defendants' time to file their papers in opposition to Plaintiff's Motion for Class Certification and Final Collective Certification, (the "Opposition Papers") from February 29, 2024, until March 7, 2024.

    The FrankCrum Defendants respectfully submit this request because the undersigned, who has served as lead counsel for the FrankCrum Defendants, has resigned from his position with Ogletree, Deakins, Nash, Smoak & Stewart, P.C. ("Ogletree"), with his last day scheduled to be on or before February 29, 2024. The undersigned remains in the process of transitioning out of his position, and transitioning his lead counsel role in this matter to another colleague. Further, counsel for the Pinnacle Defendants has an ongoing family emergency which has delayed finalization of the Opposition Papers.

    In light of the foregoing, and to afford Defendants additional time to finalize their Opposition Papers, we respectfully request the relief sought herein. This is the third request for the relief sought herein, and Plaintiff does not consent to the request, citing the delay it would cause.

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh ▪ Richmond
St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington

Thank you for Your Honor's consideration of this request.

                                       Respectfully submitted,

                                       OGLETREE, DEAKINS, NASH,
                                        SMOAK & STEWART, P.C.

                                       By:     */s/ Evan B. Citron*
                                                  Evan B. Citron

cc:       All counsel of record (via ECF)