UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DEXLON CHARLES, *on behalf of himself,*
*FLSA Collective Plaintiffs, and the Class*,

                Plaintiff,

-against-

PINNACLE TOO, LLC
    d/b/a PINNACLE ELECTRIC,
AGIR ELECTRICAL, LTD.
    d/b/a PINNACLE ELECTRIC,
FRANKCRUM 6, INC.
    d/b/a FRANKCRUM,
FRANK CRUM JR., and
ANTONY GIRONTA,

                Defendants.

Case No.: 1:22-cv-04232

**STIPULATION OF DISCONTINUANCE WITHOUT PREJUDICE F.R.C.P. 41(a)(1) (A)(ii)**

---

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties, through their respective counsel, that the Fair Labor Standards Act ("FLSA") and the New York Labor Law ("NYLL") wage claims of Opt-in Plaintiff SAMMY KISTOO, are hereby dismissed **without** prejudice, as against Defendants PINNACLE TOO, LLC d/b/a PINNACLE ELECTRIC, AGIR ELECTRICAL, LTD d/b/a PINNACLE ELECTRIC, FRANKCRUM 6, INC. d/b/a FRANKCRUM, FRANK CRUM JR., and ANTONY GIRONTA, without costs or attorneys' fees to any party, pursuant Federal Rule of Civil Procedure 41(a)(1)(A)(ii). There has been no settlement of any kind between opt-in Plaintiff SAMMY KISTOO and any of the Defendants being dismissed herein.

For the avoidance of doubt, Plaintiff DEXLON CHARLES and all other opt-in Plaintiffs maintain their claims against Defendants PINNACLE TOO, LLC d/b/a PINNACLE ELECTRIC, AGIR ELECTRICAL, LTD d/b/a PINNACLE ELECTRIC, FRANKCRUM 6, INC. d/b/a FRANKCRUM, FRANK CRUM JR., and ANTONY GIRONTA.

| | |
|---|---|
| For Defendants:<br><br>By: _____<br>Simi Bhutani, Esq.<br>Lewis Brisbois Bisgaard & Smith LLP<br>77 Water Street, Suite 2100<br>New York, New York 10005<br>T: (646) 783-1708<br>Simi.Bhutani@lewisbrisbois.com<br><br>Date: May 21, 2024<br><br>*Attorney for Defendants*<br>*Pinnacle Too, LLC, Agir Electrical, LTD &*<br>*Antony Gironta* | For the Plaintiff:<br><br>By: _____<br>C.K. Lee, Esq.<br>Lee Litigation Group, PLLC<br>148 West 24th Street, 8th Floor<br>New York, NY 10011<br>T: (212) 465-1188<br>cklee@leelitigation.com<br><br>Date: _____ |

By: _____
Robert M. Tucker, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart,
P.C. 599 Lexington Ave, 17th Floor
New York, NY 10022 T: (212) 492-2068
robert.tucker@ogletreedeakins.com

Date: May 21, 2024

*Attorney for Defendants*
*Frank Crum 6, Inc. & Frank Crum, Jr.*

SO ORDERED

_____
Hon. Jennifer E Willis U.S.M.J.