UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------

DEXLON CHARLES,
*on behalf of himself, FLSA Collective Plaintiffs and the Class,*

                Plaintiff,

    v.

PINNACLE TOO, LLC.,
    d/b/a PINNACLE ELECTRIC,
AGIR ELECTRICAL, LTD.,
    d/b/a PINNACLE ELECTRIC,
FRANKCRUM 6, INC.,
    d/b/a FRANKCRUM
FRANK KRUM JR. and
ANTHONY GIRONTA

                Defendants.

**Case No.** 1:22-cv-04232

**ORDER**

-----------------------------------------------------------------

It is hereby ORDERED as follows:

    (1) The Court grants certification of the New York Labor Law ("NYLL") claim as a class action pursuant to Rule 23 of the Federal Rules of Civil Procedure on behalf all current and former helpers, journeymen electricians, laborers, technicians, assemblers, among others, employed by Defendants any time during the six (6) year period prior to the filing of the Complaint to the present ("the Class" or "Class Members").

    (2) The Court designates Plaintiff Dexlon Charles ("Plaintiff") as Class Representative.

    (3) The Court approves the proposed notice of this action, attached as **Exhibit A** to Plaintiff's Memorandum of Law.

(4) The Court orders the mailing of the notice (including Spanish translations) of this action to Class Members.

(5) Within 30 days of this Order, Defendants are to produce in Excel format the names, titles, compensation rates, dates of employment, last known mailing addresses, email addresses and all known telephone numbers of all Class members. Social Security Numbers shall be provided to allow for skip trace within ten (30) days of notice of Defendants of any bounce-back notices.

(6) The Court orders the posting of the notice in Defendants' place of business at a public location where employees are most likely to view such notice, simultaneously with the mailing of such notice.

Accordingly, Plaintiff's Motion to Certify Class, see ECF No. 84, is **DENIED** as moot. Full Opinion to follow.

The Clerk of Court is respectfully directed to close **ECF Nos. 76, 84.**

SO ORDERED.

_____
Magistrate Judge Jennifer E. Willis

Dated: September 30, 2024
New York, New York