**LEE LITIGATION GROUP, PLLC**
148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:   212-465-1188
cklee@leelitigation.com

**VIA ECF**                                                                                   October 23, 2024

The Honorable Jennifer E. Willis, U.S.M.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

                    Re:   *Charles v. Pinnacle Too, LLC., et al.*
                          No. 22-CV-4232 (DEH)(JW)

Dear Judge Willis,

   We are counsel to Plaintiff in the above-captioned matter and write jointly with counsel to Defendants to request an extension of the deadline to move for summary judgment and to propose a briefing schedule. This letter is submitted pursuant to section 1(C) of Your Honor's Individual Rules.

   Pursuant to Your Honor's Order, dated June 4, 2024 (Dkt. 146), motions for summary judgment are due 30 days following rulings on Plaintiff's Motion for Final Collective Certification (Dkt. 84) and Defendants' Motion to Decertify Plaintiff's Conditionally Certified Collective Action (Dkt. 116).

   On September 30, 2024, the Court granted Plaintiff's motion for Class Certification of the New York Labor Law ("NYLL") claims, pursuant to Rule 23 of the Federal Rules of Civil Procedure, and in doing so denied as moot Plaintiff's motion for Final Collective Certification. (Dkt. 155). By that Order, Defendants' class list is due by October 30, 2024. On October 15, 2024, the Court entered an Order denying as moot Defendants' Motion to Decertify the Conditionally Certified Class. (Dkt. No. 156).

   Motions for summary judgment are currently due on November 14, 2024. The parties request to extend the deadline to move for summary judgment and propose the following briefing schedule:

   Motions by December 9, 2024
   Oppositions by December 27, 2024
   Replies by January 13, 2025

   We thank the Court for considering this request.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF

---

> The extension request is GRANTED. Motions for summary judgment are now due by **December 9, 2024**, responses are due by **December 27, 2024**, and replies are due by **January 13, 2025**. SO ORDERED.
>
> */s/ Jennifer E. Willis*
> JENNIFER E. WILLIS
> UNITED STATES MAGISTRATE JUDGE
>
> October 24, 2024