**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DEXLON CHARLES, *on behalf of himself, FLSA Collective Plaintiffs, and the Class,*<br><br>Plaintiff,<br><br>-against-<br><br>PINNACLE TOO, LLC<br>　　d/b/a PINNACLE ELECTRIC,<br>AGIR ELECTRICAL, LTD.<br>　　d/b/a PINNACLE ELECTRIC,<br>FRANKCRUM 6, INC.<br>　　d/b/a FRANKCRUM,<br>FRANK CRUM JR., and<br>ANTONY GIRONTA,<br><br>Defendants. | Case No.: 22-cv-04232<br><br>**NOTICE OF MOTION TO WITHDRAW TENZIN S. TASHI, ESQ. AS COUNSEL** |

**PLEASE TAKE NOTICE** that upon the accompanying Affirmation of C.K. Lee, Esq., principal attorney for Lee Litigation Group, PLLC, this firm seeks an Order pursuant to Local Civil Rule 1.4, granting Tenzin S. Tashi, Esq. leave to withdraw as attorney of record for Plaintiff in this matter.

Dated: October 22, 2024
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　**LEE LITIGATION GROUP, PLLC**

　　　　　　　　　　　　　　　　　By:　*/s/ C.K. Lee*
　　　　　　　　　　　　　　　　　　　　C.K. Lee, Esq. (CL 4086)
　　　　　　　　　　　　　　　　　　　　148 W. 24th Street, 8th Floor
　　　　　　　　　　　　　　　　　　　　New York, NY 10011
　　　　　　　　　　　　　　　　　　　　Tel.: 212-465-1188
　　　　　　　　　　　　　　　　　　　　Fax: 212-465-1181
　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff,*
　　　　　　　　　　　　　　　　　　　　*FLSA Collective Plaintiffs,*
　　　　　　　　　　　　　　　　　　　　*and the Class*