# LEE LITIGATION GROUP, PLLC

148 WEST 24TH STREET, 8TH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1188
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:  (212) 465-1188
cklee@leelitigation.com

November 7, 2024

**Via ECF**

The Honorable Jennifer E. Willis, U.S.M.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *Charles v. Pinnacle Too, LLC., et al.*
Case No.: 22-CV-4232 (DEH)(JW)

Dear Judge Willis:

We are counsel to Plaintiff in the above referenced matter. We write jointly with counsel to Defendants to respectfully request that the Court stay all deadlines, including the deadline for the parties to file motions for summary judgment, which are currently due by December 9, 2024. (Dkt. No. 158).

The parties have agreed to pursue class-wide mediation with Martin F. Scheinman and are conferring regarding scheduling. This is the parties' first request to stay deadlines in this matter and is requested by all parties. The parties request leave to update the court by November 13, 2024 with the date of the mediation.

We thank Your Honor for considering our request.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF

---

The request to stay all deadlines is **GRANTED.** The Parties are to submit an status update by **November 13, 3024** with the date of the mediation. SO ORDERED.

*Jennifer E. Willis*
JENNIFER E. WILLIS
UNITED STATES MAGISTRATE JUDGE

November 8, 2024