# Lee Litigation Group, PLLC

148 West 24th Street, 8th Floor
New York, NY 10011
Tel: 212-465-1188
Fax: 212-465-1181
info@leelitigation.com

Writer's Direct:      (212) 465-1188
                      cklee@leelitigation.com

February 10, 2025

**Via ECF**
The Honorable Jennifer E. Willis, U.S.M.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

          Re:    *Charles v. Pinnacle Too, LLC., et al.*
                  Case No.: 22-CV-4232 (DEH)(JW)

Dear Judge Willis:

      We are counsel to Plaintiff in the above referenced matter. We write to provide the Court with an update on the status of the mediation, pursuant to the Court's Order, dated November 14, 2024 (Dkt. No. 165).

      On February 6, 2025, the parties attended class-wide mediation with Martin F. Scheinman. The parties were unable to resolve the case. Accordingly, the parties are proceeding with the litigation.

      We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF

---

The stay on discovery is lifted. The parties are directed to meet and confer and to submit a proposed discovery plan by February 21, 2025. SO ORDERED.

*Jennifer E. Willis*
JENNIFER E. WILLIS
UNITED STATES MAGISTRATE JUDGE
February 11, 2025