UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DEXLON CHARLES,

                     Plaintiff,                         **<u>ORDER</u>**

          -against-                     **22-CV-4232 (DEH) (JW)**

PINNACLE TOO, LLC et al.,

                     Defendants.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

    The Court is in receipt of a motion to withdraw from counsel representing Pinnacle Too, LLC, Agir Electrical, Ltd., and Antony Gironta (collectively "Pinnacle defendants"). Dkt. No. 170-73.

    The parties shall appear for a **remote** conference to discuss counsel's motion to withdraw on **March 17, 2025 at 2:30 PM**. Gironta and a representative for Pinnacle Too, LLC and Agir Electrical, Ltd. must attend. The conference will be held on Microsoft Teams and the parties will need both audio and video capability. The meeting link can be found [here](#), otherwise you may use the meeting ID, 257 546 409 354, and passcode, Dc3KL7X4, to join.

    Counsel for the Pinnacle defendants shall submit to chambers via email for an in camera review documentary evidence as to the fees owed and counsel's attempts to contact by March 12, 2025.

    SO ORDERED.

DATED:    New York, New York
          February 13, 2025

_____
JENNIFER E. WILLIS
United States Magistrate Judge