UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DEXLON CHARLES,
*on behalf of himself, Opt-in Plaintiffs, and Class Members,*

                        Plaintiff,

            v.

PINNACLE TOO, LLC,
AGIR ELECTRICAL, LTD.,
FRANKCRUM 6, INC.,
FRANK CRUM JR., and
ANTHONY GIRONTA,

                     Defendants.

---

Case No.: 1:22-cv-04232

**NOTICE OF MOTION FOR DEFAULT JUDGMENT**

      **PLEASE TAKE NOTICE** that upon the Affidavit of C.K. Lee and the exhibits attached thereto, and upon all prior proceedings had herein, Plaintiff DEXLON CHARLES hereby moves for an Order pursuant to Fed. R. Civ. P. 55(b)(2), granting Default Judgment in favor of Plaintiff, Opt-in Plaintiffs, and Class Members, and against Defendants PINNACLE TOO, LLC and AGIR ELECTRICAL, LTD., jointly and severally, together with such other relief as the Court deems just and proper.

      Pursuant to Local Rule 55.2(b), attached to the Affidavit of C.K. Lee are copies of the Complaint, Affidavits of Service, Clerk's Certificate of Default, Plaintiff's Damage Calculations, and proposed Default Judgment.

Dated: July 24 2025
       New York, New York

                                              Respectfully submitted,

                                        By:   */s/ C.K. Lee*
                                                 C.K. Lee, Esq. (CL 4086)

                                           **LEE LITIGATION GROUP, PLLC**
                                           148 West 24th Street, 8th Floor
                                           New York, NY 10011
                                           Tel: (212) 661-1008
                                           Email: cklee@leelitigation.com

                                           *Attorney for Plaintiff, Opt-in Plaintiffs,*
                                           *and Class Members*