UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DEXLON CHARLES,
*on behalf of himself, Opt-in Plaintiffs, and Class Members,*

    Plaintiff,

 v.

PINNACLE TOO, LLC,
AGIR ELECTRICAL, LTD.,
FRANKCRUM 6, INC.,
FRANK CRUM JR., and
ANTHONY GIRONTA,

    Defendants.

---

Case No.: 1:22-cv-04232

**[PROPOSED]
DEFAULT JUDGMENT**

 This action having been commenced on May 23, 2022, by the filing of the Summons and Complaint. Defendants PINNACLE TOO, LLC, AGIR ELECTRICAL, LTD., having neglected to proceed, it is

**ORDERED, ADJUDGED, AND DECREED**:

1. That Plaintiff and the Class have judgment against Defendants PINNACLE TOO, LLC and AGIR ELECTRICAL, LTD., jointly and severally, for a total of **$56,523,443.38** in damages as follows:

| | |
|---|---|
| Unpaid Wages due to Rounding | $3,911,158.81 |
| Unpaid Wages due to Time-shaving | $7,880,562.88 |
| Liquidated Damages for Unpaid Wages | $11,791,721.69 |
| Statutory Penalties for WTPA Violations | $32,940,000.00 |
| **TOTAL DAMAGES** | **$56,523,443.38** |

2. That Plaintiff has judgment against Defendants PINNACLE TOO, LLC and AGIR ELECTRICAL, LTD., jointly and severally, for a total of **$500,000.00** in damages as follows:

| | |
|---|---|
| Punitive Damages for Discrimination and Retaliation | $250,000.00 |
| Compensatory Damages for Discrimination and Retaliation | $250,000.00 |
| **TOTAL DAMAGES** | **$500,000.00** |

Dated: _____    _____
      New York, New York    Dale E. Ho
                                                             United States District Judge

This document was entered on the docket on _____