

Elizabeth Del Cid, Esq.
Partner
312.422.6100 OFFICE
818.404.1101 DIRECT
edelcid@ohaganmeyer.com

August 26, 2025

<u>VIA ECF</u>

The Honorable Jennifer E. Willis
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007

  Re: *Charles v. Pinnacle Too, LLC, et al.*
     Case No. 1:22-cv-04232-DEH-JW

Dear Judge Willis:

  This firm represents Defendants PINNACLE TOO, LLC, AGIR ELECTRICAL, LTD., and ANTONY GIRONTA (collectively, the "Pinnacle Defendants") in the above-referenced matter. On July 24, 2025, Plaintiff Dexlon Charles ("Plaintiff") filed a Motion for Default Judgment ("Motion") against the Pinnacle Defendants. (Dkt. No. 197). All Defendants were then given an extension of time to oppose Plaintiff's Motion for Default Judgment until and including September 3, 2025. (Dkt. Nos. 208-210).

  On or around that time, the parties discussed engaging in mediation. A mediation in the above-referenced matter is currently scheduled for November 18, 2025 with Mediator Marty Scheinman.

  In order to participate in mediation in good faith, the parties agreed to stay the action – including all pre-trial dates and the briefing and hearing schedule on Plaintiff's Motion for Default Judgement -- while the parties mediate and try to work out a settlement agreement.

  In accordance with Your Honor's Individual Rule I(C), the Pinnacle Defendants respectfully request a brief stay of the action including all pre-trial matters. We make this request so the parties can prepare for the mediation. Following the mediation, the parties will file a letter that notifies the Court about the outcome of the mediation and whether a further stay is needed to wrap up any settlement.

The Pinnacle Defendants have the consent of Plaintiff's counsel and counsel for Co-defendants Frank Crum 6, Inc. d/b/a FrankCrum and Frank W. Crum Jr. for this request.

We thank you for Your Honor's consideration of this request and attention to this matter.

Respectfully submitted,

*/s/ Elizabeth Del Cid*

Elizabeth Del Cid
O'HAGAN MEYER

Attorneys for Defendants PINNACLE TOO, LLC, AGIR ELECTRICAL, LTD., and ANTONY GIRONTA

---

The request to stay the case while parties endeavor to resolve it by mediation is **GRANTED.** The parties directed to provide a status letter no later than November 25, 2025. The Clerk of Court is respectfully requested to close Dkt. Nos. 209 and 211.

SO ORDERED.

*/s/ Jennifer E. Willis*

JENNIFER E. WILLIS
UNITED STATES MAGISTRATE JUDGE
August 27, 2025