# Lee Litigation Group, PLLC

148 West 24th Street, 8th Floor
New York, NY 10011
Tel: 212-465-1188
Fax: 212-465-1181
info@leelitigation.com

Writer's Direct:     (212) 465-1188
cklee@leelitigation.com

November 21, 2025

**Via ECF**
Hon. Jennifer E. Willis, U.S.M.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

        Re:    *Charles v. Pinnacle Too, LLC*
                Case No.: 22-cv-4232 (DEH)(JW)

> **GRANTED.** The Parties are to file another status letter in 14 days. SO ORDERED.
>
> *Jennifer E. Willis*
> JENNIFER E. WILLIS
> UNITED STATES MAGISTRATE JUDGE
> November 24, 2025

Dear Judge Willis:

       We are counsel to Plaintiff in the above referenced matter. We write jointly with counsel for Defendants to update the Court regarding the mediation status, pursuant to the Court's Order, dated August 27, 2025 (Dkt. No. 212).

       On November 18, 2025, the parties attended a class-wide mediation with Martin Scheinman, Esq. The parties are continuing discussions. Accordingly, the parties request 14 days for a further status letter.

       We thank Your Honor for considering our request.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF