# O'HAGAN MEYER
## ATTORNEYS ▲ ADVISORS

Elizabeth Del Cid, Esq.<br>
Partner<br>
**312.422.6100 OFFICE**<br>
**818.404.1101 DIRECT**<br>
**edelcid@ohaganmeyer.com**

December 8, 2025

**VIA ECF**

The Honorable Jennifer E. Willis
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007

      Re:   *Charles v. Pinnacle Too, LLC, et al.*
             Case No. 1:22-cv-04232-DEH-JW

Dear Judge Willis:

    This firm represents Defendants PINNACLE TOO, LLC, AGIR ELECTRICAL, LTD., and ANTONY GIRONTA (collectively, the "Pinnacle Defendants") in the above-referenced matter.

    Per the Court's directive, the parties in the above-referenced matter jointly submit this letter to provide a status update on the above-referenced matter.

    On November 18, 2025, counsel for both Plaintiff CHARLES DEXLON and Pinnacle Defendants participated in good faith in an all-day mediation before Mediator Martin Scheinman. Counsel for the parties are continuing to discuss settlement.

    The parties respectfully request that all pre-existing dates and deadlines be adjourned *sine die*, and that the parties be provided until December 22, 2025 for a further status update.

    The parties thank Your Honor for considering this matter.

                                          Respectfully submitted,

                                          */s/ Elizabeth Del Cid*

                                          Elizabeth Del Cid
                                          O'HAGAN MEYER

                                          Attorneys for Defendants PINNACLE TOO, LLC, AGIR ELECTRICAL, LTD., and ANTONY GIRONTA