

Elizabeth Del Cid, Esq.
Partner
312.422.6100 OFFICE
818.404.1101 DIRECT
edelcid@ohaganmeyer.com

December 22, 2025

**VIA ECF**

The Honorable Jennifer E. Willis
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007

  Re: *Charles v. Pinnacle Too, LLC, et al.*
    Case No. 1:22-cv-04232-DEH-JW

Dear Judge Willis:

 This firm represents Defendants PINNACLE TOO, LLC, AGIR ELECTRICAL, LTD., and ANTONY GIRONTA (collectively, the "Pinnacle Defendants") in the above-referenced matter.

 Per the Court's directive, the parties in the above-referenced matter jointly submit this letter to provide a status update on the above-referenced matter.

 All parties have reached a settlement in principle.

 In view of the settlement in principle, the parties respectfully request that all pre-existing dates and deadlines be adjourned *sine die*.

 The parties thank Your Honor for considering this matter.

        Respectfully submitted,

        */s/ Elizabeth Del Cid*

        Elizabeth Del Cid
        O'HAGAN MEYER

        Attorneys for Defendants PINNACLE TOO, LLC, AGIR ELECTRICAL, LTD., and ANTONY GIRONTA