**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
DEXLON CHARLES,

                           Plaintiff,                          **ORDER**

              -against-                               **22-CV-4232 (DEH) (JW)**

PINNACLE TOO, LLC et al.,

                           Defendants.
------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

     The Court is in receipt of the proposed consent to jurisdiction by Judge Willis.

Dkt. No. 220.  However, Defendants Frankcrum 6, Inc. and Frank Crum Jr. and their

counsel have not signed the proposed consent order.

     If all Parties intend to consent to Judge Willis's jurisdiction, the Parties are to

refile the proposed consent order with all Parties named and signatures of all

attorneys.

     SO ORDERED.


DATED:     New York, New York
           January 23, 2026

                                                    _____
                                                    JENNIFER E. WILLIS
                                                    United States Magistrate Judge