# Lee Litigation Group, PLLC

148 West 24th Street, 8th Floor
New York, NY 10011
Tel: 212-465-1188
Fax: 212-465-1181
info@leelitigation.com

Writer's Direct:  (212) 465-1188
cklee@leelitigation.com

January 23, 2026

**Via ECF**
Hon. Jennifer E. Willis, U.S.M.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

> The request is **GRANTED.**
> SO ORDERED.
>
> /s/ Jennifer E. Willis
> JENNIFER E. WILLIS
> UNITED STATES MAGISTRATE JUDGE
> January 27, 2026

Re:   *Charles v. Pinnacle Too, LLC., et al.*
      Case No.: 22-cv-4232 (DEH)(JW)

Dear Judge Willis:

    We are counsel to Plaintiff in the above referenced matter and write, jointly with counsel for Defendants, to respectfully request a one-week extension from January 26, 2026 until February 2, 2026, to file Plaintiff's motion for class settlement approval. *See* Memo Endorsement dated December 23, 2025. The extension is necessary to afford Defendants sufficient time to review Plaintiff's motion draft prior to filing.

    This is the first request for extension and is on consent of all parties.

    We thank the Court for its kind consideration.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF