# Lee Litigation Group, PLLC

148 West 24th Street, 8th Floor
New York, NY 10011
Tel: **212-465-1188**
Fax: **212-465-1181**
info@leelitigation.com

WRITER'S DIRECT:     (212) 465-1188
cklee@leelitigation.com

June 29, 2026

**<u>Via ECF</u>**

Hon. Jennifer E. Willis, U.S.M.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:    *Charles v. Pinnacle Too, LLC., et al.*
<u>Case No.: 22-cv-4232 (DEH)(JW)</u>

Dear Judge Willis:

We are counsel to Plaintiffs in the above referenced matter. We write, jointly with counsel for Defendants, regarding Plaintiffs' Unopposed Motion for Settlement Conditional Final Approval of Class Settlement, Motion for Settlement Approval of Service Awards and Motion for Settlement Approval of Attorney Fees (ECF Dkts. 228-235) ("Conditional Approval Motion").

The parties are mindful of the Court's heavy docket and that judicial resources are not unlimited, and understand that the Court must prioritize certain matters presenting issues requiring immediate attention. However, as the Plaintiffs and several class members have repeatedly contacted our office to inquire as to when the settlement will be approved so they can receive their settlement checks, we are following up on the pending unopposed motion.  Lastly, for the Court's convenience, the parties had submitted a Proposed Order at ECF Dkt. 228-1.

We thank the Court for its kind consideration.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF